✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:08-CV-150-WKW

TO: (Name and address of Defendant)

Albany International
c/o Its Registered Agent:
CT Corporation System
8550 Untied Plaza Blvd.
Baton Rouge, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

| CLERK | | DATE | 3-6-08 |

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____   District of _____ ALABAMA _____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

Allis-Chalmers Corporation Product
Liability Trust
c/o Margaret Barr Bruemmer, Trustee
3500 Corben Court
Madison, WI  53704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                          3·6·08

CLERK                                      DATE

(by) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER:  2:08-CV-150-WKW

TO: (Name and address of Defendant)

American Optical Corporation
c/o Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE
19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

| CLERK | | DATE  3-6-08 |

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____    ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:  2:08-CV- 150- WKW

TO: (Name and address of Defendant)

Anchor Packing Company
c/o Its Registered Agent for Service: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

3-6-08

CLERK

(By) DEPUTY CLERK

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

Arvinmeritor Inc.
c/o Its Registered Agent for Service
Corporation Trust Company of Nevada
6100 Neil Road Suite 500
Reno, NV 89511

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(By) DEPUTY CLERK

3·6·08

_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|       MIDDLE       | District of |       ALABAMA       |
|--------------------|-------------|--------------------|

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-150- WKW

TO: (Name and address of Defendant)

Asten Johnson, Inc.
4399 Corporate Road
Charleston, SC
29405

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

_____
(By) DEPUTY CLERK

3·6·08

_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE        District of        ALABAMA

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV- 150- WKW

TO: (Name and address of Defendant)

Bayer Cropscience, Inc.
c/o Its Agent: Corporation Service Company
80 State Street
Albany, NY
12207-2543

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_Sheila K. Lent_

(By) DEPUTY CLERK

3-6-08

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDExLE    District of    ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08- CV-150-WKW

TO: (Name and address of Defendant)

Bechtel Construction Company
c/o Its Registered Agent:
Corporation Trust Company of Nevada
6100 Neil Road, Suite 500
Reno, NV 89511

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    3-6-08

CLERK                                                 DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08CV-150 WKW

TO: (Name and address of Defendant)

Bell & Gossett,
a subsidiary of ITT Industries, Inc.
c/o Robert L. Ayers
8200 N. Austin Avenue
Morton Grove, IL 60053

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| _Debra P. Hackett_ | _3·6·08_ |
| CLERK | DATE |

(BY) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
| --- | --- | --- |

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150 WKW

TO: (Name and address of Defendant)

BONDEX INTERNATIONAL INC.
c/o Its Registered Agent:
Prentice-Hall Corporation System, Inc.
50 W. Broad Street
Columbus, Ohio  43215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| _Debra P. Hackett_ | _3-6-08_ |
| --- | --- |
| CLERK | DATE |

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

BP America Inc.
c/o Registered Agent for Service of Process:
The Corporation Trust Company,
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____        _____3-6-08_____
Debra P. Hackett

CLERK                                                          DATE

_____
(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: *2:08-CV-150-WKW*

TO: (Name and address of Defendant)

BP AMOCO CHEMICAL COMPANY
c/o It's Registered Agent:The Corporation Company
120 N. Robinson, Suite 735
Oklahoma City, OK 73120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    _3-6-08_

CLERK                                                  DATE

(By) DEPUTY CLERK

＄AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

BUFFALO PUMP, INC.
874 Oliver Street
North Tonawanda, NY 14120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____    DATE    3-6-08

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:  2:08-CV-150-WKW

TO: (Name and address of Defendant)

CBS CORPORATION, f/ka VIACOM INC.,
successor by merger to CBS CORPORATION
f/k/a WESTINGHOUSE ELECTRIC CORPORATION
Westinghouse Building, Gateway Center
11 Stanwix Street
Pittsburgh, PA  15222

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| *Debra P. Hackett* | 3-6-08 |
| CLERK | DATE |
| *(BY) DEPUTY CLERK* | |

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA _____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

CERTAINTEED CORPORATION
c/o Its Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    3.6.08
_____                    _____
CLERK                                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____     District of _____ ALABAMA _____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

CLARK-RELIANCE CORPORATION
c/o Mr. Dennis L. Pesek
16633 Foltz Industrial Parkway
Strongsville, OH 44136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____     3-6-08
CLERK                                DATE

_____
(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____          District of          _____ALABAMA_____

OTHRE E. BURNETT, et al

## SUMMONS IN A CIVIL ACTION

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:  2:08·CV- 150-WKW

TO: (Name and address of Defendant)

      CLEAVER BROOKS, a division of AQUA-CHEM
      11950 West Lake Park Drive
      Milwaukee, WI
      53224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      G. Patterson Keahey PC
      Attorney at Law
      One Independence Drive
      Suite 612
      Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

3-6-08

CLERK                                           DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

CONWED CORPORATION
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

3-6-08

_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE      District of      ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

COOPER INDUSTRIES, LLC, f/n/a COOPER INDUSTRIES, INC. ,
individually and as successor-in-interest to CROUSE-HINDS
c/o Its President
600 Travis, Suite 5800
Houston, TX 77002-1001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE   3-6-08