AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

CRANE CO.
c/o its CEO, Robert S. Evans
CT Corporation
1201 Peachtree St., N.E.
Atlanta, GA 30361

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| *Debra P. Hackett* | 3-7-08 |
|---|---|
| CLERK | DATE |
| (By) DEPUTY CLERK | |

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08CV-150-WKW

TO: (Name and address of Defendant)

CRANE PUMPS SYSTEMS individually and as successor to all pump
companies acquired by CRANE
420 Third Street
Piqua, OH
45356

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                          3-7-08

CLERK

(By) DEPUTY CLERK                                          DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE    District of    ALABAMA

OTHRE E. BURNETT, et al

## SUMMONS IN A CIVIL ACTION

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08CV 150 - WKW

TO: (Name and address of Defendant)

CROWN, CORK, & SEAL COMPANY, INC.
c/o of Its President  William J. Avery
One Crown Way
Philadelphia, PA 19154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

3-7-08

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ ALABAMA _____

OTHRE E. BURNETT, et al

## SUMMONS IN A CIVIL ACTION

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08CV150-WKW

TO: (Name and address of Defendant)

CROWN HOLDINGS, INC., successor-in-interest to
MUNDET CORK CORPORATION
c/o Its Registered Agent
William T. Gallagher
One Crown Way
Philadelphia, PA 19154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

3-7-08

(By) DEPUTY CLERK

3-7-08

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08CV150 - WKW

TO: (Name and address of Defendant)

CUTLER HAMMER currently referred to as EATON ELECTRICAL, INC.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE
19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                               3-7-08
_____    _____
CLERK                                            DATE

_____
(BY) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____          District of          _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08CV150 - WKW

TO: (Name and address of Defendant)

D.B. RILEY, INCORPORATE
c/o Its Registered Agent for Service:
Corporation Service Company
84 State Street
Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____          3-7-08
CLERK                                        DATE

_____
(By) DEPUTY CLERK

⸿AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____  District of _____ ALABAMA

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2.08cv150- WKK

TO: (Name and address of Defendant)

EATON CORPORATION
c/o Its Agent for Service:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ _____      3·7·08 _____

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____ ALABAMA

OTHRE E. BURNETT et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08CV14Z - WKW

TO: (Name and address of Defendant)

EMERSON ELECTRIC CO.
180 Cherokee Street NE
Marietta, GA
30060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

_2-7-08_

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE      District of      ALABAMA

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08CV150- WKW

TO: (Name and address of Defendant)

FMC CORPORATION, individually and on behalf of its former
CONTRUCTION EQUIPMENT GROUP, and former PEERLESS PUMP
DIVISION, COFFIN TURBO PUMPS, and CHICAGO PUMP, business
c/o C.T. Corporation Systems
1201 Peachtree Street, NE
Atlanta, GA  30301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

3-7-08

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE            District of            ALABAMA

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  2:08cv0150 - WKW

TO: (Name and address of Defendant)

FOSECO, INC.
c/o The Corporation Trust Company
1209 N. Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3-7-08
_____    _____
CLERK                                              DATE

_____
(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

V.
ALBANY INTERNATIONAL, ET AL

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08CV150 - WKW

TO: (Name and address of Defendant)

FOSTER WHEELER CORPORATION
c/o Its Highest Ranking Officer
Perryville Corporate Park
Clinton, NJ
08809-4000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3-7-08

_____          _____
CLERK                                                        DATE

_____
(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

OTHRE E. BURNETT et al

V.

ALBANY INTERNATIONAL, ET AL

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2.08CV150 - WKW

TO: (Name and address of Defendant)

GARLOCK SEALING TECHNOLOGIES,  L.L.C.
c/o C T Corporation System
225 Hillsborough Street
Raleigh, NC  27603

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

X _____

(By) DEPUTY CLERK

_3-7-08_

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of  _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08CV 150 - WKW

TO: (Name and address of Defendant)

GENERAL ELECTRIC COMPANY
c/o Its Registered Agent:
C T Corporation System
One Commercial Plaza
Hartford, CT  06103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_QU K Kent_

(By) DEPUTY CLERK

2·7·08

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                District of                 ALABAMA

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08CV150 - WKW

TO: (Name and address of Defendant)

GEORGIA-PACIFIC CORPORATION,
c/o Its Registered Agent
C. T. Corporation Systems
1201 Peachtree Street, N.E.
Atlanta, Georgia 30361

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                      3·7-08

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|MIDDLE| District of | ALABAMA |

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08CV150-WKW

TO: (Name and address of Defendant)

GOODYEAR TIRE AND RUBBER CO.
c/o Its Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE, 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_____
(By) DEPUTY CLERK

3·7-08

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08CU 150 - wkw

TO: (Name and address of Defendant)

> GOULDS PUMPS, INC.
> c/o Its Registered Agent:
> The Corporation Trust Company
> 1209 Orange Street
> Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> G. Patterson Keahey PC
> Attorney at Law
> One Independence Drive
> Suite 612
> Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_[signature]_

(By) DEPUTY CLERK

3-7-08

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

·    **SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08CV150-wkw

TO: (Name and address of Defendant)

GUARD-LINE, INC.
c/o Dennis Stanley, Its President
215-217 S. Louis Street
Atlanta, TX 75551-1030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(By) DEPUTY CLERK

3·7·08

_____
DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08cv150-whw

TO: (Name and address of Defendant)

HOBART BROTHERS COMPANY
c/o Its President
600 W. Main Street
Troy, OH 45373

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_3-7-08_

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  MIDDLE  | District of | ALABAMA |

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2.08CV150 - wrkw

TO: (Name and address of Defendant)

HONEYWELL, INC., specifically excluding liability for NARCO,
individually and as successor to ALLIED SIGNAL, BENDIX,
WHEELABRATOR, RUST ENGINEERING, and ALLIED CHEMICAL
c/o Corporation Service Co.
380 Jackson Street, Suite 418
St. Paul, MN 55101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

| CLERK | | | 3-7-08 |
| | | | DATE |

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2: 08cv 150-WKW

TO: (Name and address of Defendant)

IMO INDUSTRIES, INC., formerly IMO DE LAVAL, formerly
TRANSAMERICA DE LAVAL TURBINE
c/o Its Registered Agent: Corporation Service Company
11 S. 12th Street
Richmond, VA  23218

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

3-7-08

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

OTHRE E. BURNETT, et al

                                    **SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

                        CASE NUMBER:  2:08- CV- 150-WKW

TO: (Name and address of Defendant)

>   INDUSTRIAL HOLDINGS, CORPORATION
>   f/k/a THE CARBORUNDUM COMPANY,
>   a New York Corporation
>   c/o Its Registered Agent: Prentice-Hall Corporation Systems, Inc.
>   80 State Street
>   Albany, NY  12207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

>   G. Patterson Keahey PC
>   Attorney at Law
>   One Independence Drive
>   Suite 612
>   Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____          _3-7-08_____
CLERK                                      DATE

_____
(BY) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08CV-150-WKW

TO: (Name and address of Defendant)

INGERSOLL-RAND COMPANY
180 Cherokee Street NE
Marietta, GA
30060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

3-7-08

CLERK

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-cv-150-WKW

TO: (Name and address of Defendant)

ITT INDUSTRIES, INC.
c/o Its Registered Agent CT Corporation System
111 Eighth Avenue
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

3-7-08

DATE

(By) DEPUTY CLERK

☙AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:0Y- CV-150-WKW

TO: (Name and address of Defendant)

> JOHN CRANE INC.
> f/k/a JOHN CRANE PACKING COMPANY, a Delaware Corporation
> c/o Its Registered Agent: The Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> G. Patterson Keahey PC
> Attorney at Law
> One Independence Drive
> Suite 612
> Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_(BY) DEPUTY CLERK_

_3 - 7 - 08_
DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____     District of _____     ALABAMA _____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:08-CV-150-WKW

TO: (Name and address of Defendant)

KAISER GYPSUM COMPANY, INC.
CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          8-7-08

CLERK                                                    DATE

(BY) DEPUTY CLERK

⬥AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____ ALABAMA

OTHRE E. BURNETT, et al

## SUMMONS IN A CIVIL ACTION

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

KELLY-MOORE PAINT COMPANY, INC.
c/o Its President
987 Commercial St.
San Carlos, CA 94070

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ _____          3·7·08 _____

CLERK                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____  District of  _____ ALABAMA _____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08 CV-150-WKW

TO: (Name and address of Defendant)

KOPPERS INDUSTRIES
c/o Its Highest Ranking Officer
1750 Kopper Building
437 7th Avenue
Pittsburg, PA  15219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within ____ 20 ____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(BY) DEPUTY CLERK

3-7-08

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

THE LINCOLN ELECTRIC COMPANY
c/o H. Jay Elliot or Ellis F. Smolik
22801 St. Clair Avenue
Cleveland, Ohio 44117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ _____          _3-7-08_ _____

CLERK                                          DATE

_____

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____   District of   _____ALABAMA_____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER:  1:08- CV- 150-WKW

TO: (Name and address of Defendant)

MAREMONT CORPORATION
c/o Its Registered Agent:
The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Huckett_

CLERK

_(signature)_

(By) DEPUTY CLERK

_2-7-08_

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____          District of          _____ ALABAMA _____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:  2:08-CV-150-WKW

TO: (Name and address of Defendant)

METROPOLITAN LIFE INSURANCE COMPANY
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, New York 11101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____
(By) DEPUTY CLERK

3-7-08

DATE

⌘AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

OTHRE E. BURNETT, et al.,

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

National Service Industries, Inc.
c/o Its Registered Agent
Corporation Service Company
4845 Jimmy Carter Boulevard
Norcross, GA
30093

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_3·7-08_

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____        District of        _____ALABAMA_____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

OGLEBAY NORTON COMPANY
North Point Tower
1001 Lakeside Avenue, 15th floor
Cleveland, OH
44114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3-7-08

_____              _____
CLERK                                               DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

OWENS-ILLINOIS, INC., an Ohio Corporation
c/o its registered agent: The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____
(BY) DEPUTY CLERK

3-7-08
_____
DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of  _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2: 08-CV-150-WKW

TO: (Name and address of Defendant)

P&H CRANES
4400 W. National Avenue
Milwaukee, WI
53201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

3·7-08

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____   District of _____ ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

PNEUMO ABEX LLC, successor in interest to Abex Corporation,
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE
19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              3-7-08
_____           _____
CLERK                                             DATE

_____
(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                                    District of                    ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

RAPID AMERICAN CORPORATION
C/O Its Registered Agent for Service of Process:
The Prentice Hall Corporation System
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              3-7-08
CLERK                                              DATE

(BY) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE      District of      ALABAMA

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

RILEY INC., f/k/a BABCOCK BORSIG POWER INC.,
a/k/a RILEY STOKER CORPORATION
c/o Its Registered Agent: CT Corporation System
5 Neponset Street
Worcester, MA 01606-1400

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_          3-7-08

CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____    ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:  2:08cv 150 -WKW

TO: (Name and address of Defendant)

ROCKBESTOS-SUPRENANT CABLE CORPORATION
f/k/a ROCKBESTOS COMPANY,
c/o The Prentice Hall Corporation System
2711 Centerville Road
Wilmington, DE
19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                      3.7.08

_____    _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08cv150-WKW

TO: (Name and address of Defendant)

ROCKWELL AUTOMATION, successor by merger to
ALLEN-BRADLEY COMPANY
c/o Its President,
1201 2nd Street
Milwaukee, WI 53204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE    3-7-08

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____ ALABAMA _____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08cv 150 -WKW

TO: (Name and address of Defendant)

SCHNEIDER ELECTRIC INDUSTRIES,
S.A.S., NORTH AMERICAN DIVISION
c/o Its President
1415 South Roselle Road
Palatine, IL  60067

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ _____        3-7-08 _____

CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____    ALABAMA

OTHRE E. BURNETT, et al

## SUMMONS IN A CIVIL ACTION

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:    2:0 8CV158 WKW

TO: (Name and address of Defendant)

SEPCO CORPORATION
c/o C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY ( Y (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                          3- 7-08

Ci ERK                                                     DATE

(By) DEPU ty C ERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____          District of _____          ALABAMA _____

OTHRE E. BURNETT, et al.

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  2:08cv150-WKW

TO: (Name and address of Defendant)

SQUARE D COMPANY
c/o Its Registered Agent: Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL
62703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
_____
CLERK

_____
(By) DEPUTY CLERK

3-7-08
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                          District of                ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:    2:08cv 150 - WCW

TO: (Name and address of Defendant)

SUNBEAM PRODUCTS INCORPORATED,
f/k/a SUNBEAM CORPORATION
c/o Its Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

3-7-08

CLERK

(By) DEPUTY CLERK

DATE

🖎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:08cv150 -WKW

TO: (Name and address of Defendant)

SURFACE COMBUSTION
1700 Indian Wood Circle
Maumee, OH
43537

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ _____

CLERK

_X fe /C fent_ _____

(BY) DEPUTY CLERK

_3 · 7 - 08_ _____

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____    ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER:    2:04cv150 - WKW

TO: (Name and address of Defendant)

TH AGRICULTURE & NUTRITION, LLC
c/o Its Registered Agent for Service:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

3-7-08

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ | District of | _____ ALABAMA _____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:  2:08 CV 150 -WKW

TO: (Name and address of Defendant)

THIEM CORPORATION,
Individually and as successor, by merger to
UNIVERSAL REFRACTORIES CORPORATION
450 Marquette
Oak Creek, WI 53154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK                                    DATE   3-7-08

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER:  2:08-CV-150-WKW

TO: (Name and address of Defendant)

Trane US, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE
19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                3.7.08

CLERK                                                             DATE

(BY) DEPUTY CLERK

%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

UNION CARBIDE CORPORATION
c/o The Corporation Company
30600 Telegraph Road
Bingham Farms, MI
48025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_[signature]_

(By) DEPUTY CLERK

_3-7-08_

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____  District of  _____ ALABAMA _____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08CV-150-WKW

TO: (Name and address of Defendant)

UNIROYAL FIBER & TEXTILE, DIVISION OF UNIROYAL, INC.
c/o Its President Joseph P. Flannery
70 Great Hill Road
Naugatuck, CT 06770

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____
(By) DEPUTY CLERK

3-7-08

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08 CV- 150-WKW

TO: (Name and address of Defendant)

UNITED STATES STEEL CORPORATION
c/o Its Highest Ranking Officer
600 Grant Street
Pittsburg, PA
15219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra T. Hackett*

| CLERK | DATE 3·7-08 |

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____˙MIDDLE_____     District of     _____ALABAMA_____

OTHRE E. BURNETT, et al

V.

ALBANY INTERNATIONAL, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08·CV-150-WKW

TO: (Name and address of Defendant)

USX CORPORATION as successor in interest to
UNITED STATES STEEL, LLC,
formerly known as TENNESSEE COAL AND IRON
600 Grant Street
Pittsburgh, PA 15219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____Debra P. Hackett_____          _____3·7-08_____

CLERK                                                    DATE

_____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.
ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08-CV-150-WKW

TO: (Name and address of Defendant)

WARREN PUMPS, INC.
82 Bridges Avenue
Warren, MA
01083-0969

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL  35209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

_____
(By) DEPUTY CLERK

3-7-08
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____   District of _____   ALABAMA

OTHRE E. BURNETT, et al

**SUMMONS IN A CIVIL ACTION**

V.

ALBANY INTERNATIONAL, ET AL

CASE NUMBER: 2:08 cv- 150-WKW

TO: (Name and address of Defendant)

ZURN INDUSTRIES, INC.
c/o Its Registered Agent:
CT Corporation
350 N. St. Paul Street
Dallas, TX 75201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Patterson Keahey PC
Attorney at Law
One Independence Drive
Suite 612
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____        3.7-08
CLERK                                    DATE

_____
(By) DEPUTY CLERK