| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jerry Monroe* ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery<br>Jeremy Monroe    3/10/08 |
| 1. Article Addressed to:<br><br>Crane Pumps Systems<br>420 Third Street<br>Piqua, OH<br>45356 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:08CV150<br>Sct |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 2680 0001 3026 8581 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540