**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SQUARE D COMPANY
c/o Its Registered Agent: Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL
62703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Tom Jarvio*    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                   3-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:08cv150

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 2680 0001 3026 9021

PS Form 3811, February 2004    Domestic Return Receipt