| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | Signature: *Ann Whiting* X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): ANN WHITING   C. Date of Delivery: 3-10 |
| 1. Article Addressed to:<br><br>Allis-Chalmers Corporation Product Liability Trust<br>c/o Margaret Barr Bruemmer, Trustee<br>3500 Corben Court<br>Madison, WI 53704 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:08CV150<br>S & C |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0001 3026 8383 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540