**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bondex International Inc.
c/o Its Registered Agent:
Prentice-Hall Corporation System, Inc.
50 W. Broad Street
Columbus, OH 43215

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

RECEIVED

X     ☐ Agent
    ☐ Addressee

MAR 1 1 2008

B. Received by ( *Printed Name*)    C. Date of Delivery

Deanne Kessler

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:08CV150

Sce

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
*(Transfer from service label)*    7007 2680 0001 3026 8475

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540