**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    BUFFALO PUMP, INC.
    874 Oliver Street
    North Tonawanda, NY 14120

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_       ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _[illegible]_                  3-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:08CV150
   S+c

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)        7007 2680 0001 3026 8512

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540