| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Laura Coper* □ Agent □ Addressee<br>B. Received by (Printed Name)   Date of Delivery |
| 1. Article Addressed to:<br><br>GOODYEAR TIRE AND RUBBER CO.<br>c/o Its Registered Agent:<br>Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE, 19808 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br>2:08CV150<br><br>19808 |
|  | 3. Service Type<br>☑ Certified Mail   □ Express Mail<br>□ Registered        ☑ Return Receipt for Merchandise<br>□ Insured Mail      □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0001 3026 8734 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540