**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hobart Brothers Company
   c/o Its President
   600 W. Main Street
   Troy, OH 45373

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Kim Dlumn                    3-11-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   Same 08150

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 2680 0001 3026 8772

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540