**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Metropolitan Life Insurance Company
   One Metlife Plaza
   27-01 Queens Plaza North
   Long Island City, NY 11101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _C. Husbands_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Husbands
C. Date of Delivery: 3-10-08

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   2:08cv150

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☑ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0001 3026 8949

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540