| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  Whitaker<br>C. Date of Delivery  3-10-08 |
| 1. Article Addressed to:<br><br>OGLEBAY NORTON COMPANY<br>NORTH POINT TOWER<br>1001 LAKESIDE AVENUE,<br>15TH FLOOR<br>CLEVELAND, OH 44114 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>2:08CV150 |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0001 3026 9144 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540