| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Kevin Brown  C. Date of Delivery MAR 10 2008 |
| 1. Article Addressed to:<br><br>United States Steel Corporation<br>c/o Its Highest Ranking Officer<br>600 Grant Street<br>Pittsburgh, PA<br>15219 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:08CV150 |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0001 3026 9090 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540