**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Union Carbide Corporation
c/o The Corporation Company
30600 Telegraph Road
Bingham Farms, MI
48025

2. Article
(Transi

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X The Corporation Company ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery MAR 11 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:08CV150

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

...595-02-M-1540