**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Industrial Holdings, Corporation
   c/o Its Registered Agent:
   Prentice-hall Corporation Systems, Inc.
   80 State Street
   Albany, NY 12207

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ FILED MAR 10 2008 CSC _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:
   2:08CV150

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7007 2680 0001 3026 8796

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540