| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  MAR 11 2008    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>RECEIVED<br>CT CORPORATION |
| 1. Article Addressed to:<br><br>Zurn Industries, Inc.<br>c/o Its Registered Agent,<br>CT Corporation<br>350 N. St. Paul Street<br>Dallas, TX 75201 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>2:08CV150 |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0001 3026 9137 |

PS Form 2004    Domestic Return Receipt    102595-02-M-1540