| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☑ Agent  ☐ Addressee<br>B. Received by *(Printed Name)* Rick Ta[...]   C. Date of Delivery 3/11/08 |
| 1. Article Addressed to:<br><br>Crane Co<br>c/o its CEO, Robert S. Evans<br>CT Corporation<br>1201 Peachtree St., NE<br>Atlanta, GA 30361 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:08CV150<br>S+C |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 2680 0001 3026 8574 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540