| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jennifer Johnson* ☐ Agent ☒ Addressee<br>B. Received by ( Printed Name): JENNIFER JOHNSON   C. Date of Delivery: 3/11/08 |
| 1. Article Addressed to:<br><br>BP AMOCO CHEMICAL COMPANY<br>c/o It's Registered Agent: The Corporation Company<br>120 N. Robinson, Suite 735<br>Oklahoma City, OK 73120 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:08CV150<br>Sac |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number *(from service label)* | 7007 2680 0001 3026 8505 |

Domestic Return Receipt                                       102595-02-M-1540