| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): M. Evitts<br>C. Date of Delivery: 3/11/09 |
| 1. Article Addressed to:<br><br>Crown Holdings, Inc. Successor in Interest to Mundet Cork Corporation<br>c/o Its Registered Agent<br>William T. Gallagher<br>One Crown Way<br>Philadelphia, PA  19154 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:08CV150 |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0001 3026 8598 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540