| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Scott LaScala* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAR 1 1 2008 |
| 1. Article Addressed to:<br><br>Cutler Hammer Inc.<br>Currently Referred to as Eaton Electrical Inc.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:08CV150<br>Sdc |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0001 3026 8635 |

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540