| SENDER: COMPLETE ~~THIS SECTION~~ | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott [signature]_  ☐ Agent / ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>MAR 1 2 2008 |
| 1. Article Addressed to:<br><br>Goulds Pumps, Inc.<br>c/o Its Registered Agent:<br>The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:08CV150 |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0001 3026 8741 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540