| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature    Certified Mail    ☐ Agent<br>X    Received    ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br>MAR 1 1 2008<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>NYSD<br>2CT & Wolters Klu... |
| 1. Article Addressed to:<br><br>ITT Industries, Inc.<br>c/o Its Registered Agent<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 2680 0001 3026 8819 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540