| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott LaRocca_ ☑ Agent / ☐ Addressee<br>B. Received by (*Printed Name*) \| C. Date of Delivery<br>MAR 1 1 2008 |
| 1. Article Addressed to:<br><br>John Crane Inc.<br>c/o Its Registered Agent:<br>The Corporation Trust Center<br>1201 Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:08CV150 |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 2680 0001 3026 8826 |

Domestic Return Receipt — 102595-02-M-1540