**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunbeam Products Inc
f/k/a Sunbeam Corporation
c/o Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Scott Sudduth_   ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)  |  C. Date of Delivery

MAR 1 1 2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

2:08CV150

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)

7007 2680 0001 3026 9038

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540