**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Surface Combustion
   1700 Indian Wood Circle
   Maumee, OH
   43537

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                     3/12/4

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   2:08CV150

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label)
7007 2680 0001 3026 9045

Domestic Return Receipt    102595-02-M-1540