| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Christa Old* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br>*Christn Old* |
| 1. Article Addressed to:<br><br>Honeywell, Inc. specifically excluding liability for NARCO<br>c/o Corporation Service Co.<br>380 Jackson Street, Suite ~~410~~ 700<br>St. Paul, MN 55101-~~4805~~ | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:08cv150 |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 2680 0001 3026 8789 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540