IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **OTHRE E. BURNETT, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | **CIVIL ACTION NO.:** |
| | * | **2:08-cv-150-MHT-WKW** |
| **ALBANY INTERNATIONAL, et al.,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

**MOTION TO DISMISS, OR IN THE ALTERNATIVE,
MOTION TO SEVER AND FOR MORE DEFINITE STATEMENT**

COMES NOW Defendant, FOSTER WHEELER CORPORATION, and moves this Honorable Court to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for lack of subject matter jurisdiction, failure to comply with Alabama's statute of limitations and failure to state a claim upon which relief may be granted in that it fails to comply with Rule 8 of the Federal Rules of Civil Procedure. In the alternative, Defendant moves for an order severing the claims of the Plaintiffs pursuant to Federal Rule of Civil Procedure 20 and for an Order requiring Plaintiffs to provide a more definite statement of their claims pursuant to Federal Rule of Civil Procedure 12(e). As grounds for this Motion, Defendant expressly incorporates by reference as if set forth herein the factual and legal arguments contained in the Memorandum in Support contemporaneously filed with this Court.

WHEREFORE, for the reasons more particularly set forth in the Memorandum in Support filed herewith, defendant, FOSTER WHEELER CORPORATION, respectfully moves this Court to dismiss this case or grant other relief sought herein that this Court deems necessary and appropriate.

Respectfully submitted this 21st day of March, 2008.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)
*Attorneys for Foster Wheeler Corporation*

**OF COUNSEL:**

VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
P. O. Drawer 2568
Mobile, AL 36652-2568
Telephone:    (251) 432-9772
Facsimile:     (251) 432-9781
Email: gredditt@vickersriis.com
          tclarke@vickersriis.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2008, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR. (ASB-5142-R64F)