IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **OTHRE E. BURNETT, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | 2:08-cv-150-MHT-WKW |
| **ALBANY INTERNATIONAL, et al.,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT FOSTER WHEELER CORPORATION

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, Foster Wheeler LLC, survivor to a merger with Foster Wheeler Corporation, states:

1. Foster Wheeler LLC is the wholly owned subsidiary of Foster Wheeler Ltd. Foster Wheeler Ltd. has no parent corporations, and no known publicly held company owns 10% or more of Foster Wheeler Ltd. stock

2. Foster Wheeler Ltd. has issued shares to the public.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT (ASB-5142-R64D)
TIMOTHY A. CLARKE (ASB-1440-R67T)
*Attorneys for Foster Wheeler Corporation*

OF COUNSEL:

VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

                                              /s/ F. Grey Redditt, Jr.
                                              F. GREY REDDITT (ASB-5142-R64D)