IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**OTHRE BURNETT, ET AL.,**

    **PLAINTIFFS**           **CIVIL ACTION NUMBER:**

                                                       **2:08 -CV-150-WKW**

**VS.**

**ASBESTOS DEFENDANTS:**
**ALBANY INTERNATIONAL, ET AL.,**

    **DEFENDANTS**

---

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT INDUSTRIAL HOLDINGS CORPORATION**
**F/K/A THE CARBORUNDUM COMPANY**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Industrial Holdings Corporation, f/k/a The Carborundum Company, through the undersigned counsel, states that the non-governmental corporate party, Industrial Holdings Corporation, f/k/a The Carborundum Company, has the following parent corporation and publicly held corporation that owns 10% or more of its stock: <u>Lehman Brothers Holdings Inc.</u>

This the 24th day of March 2008.

                                        <u>/s/ Donald C. Partridge</u>
                                        Richard M. Crump (CRUMR6839)
                                        Donald C. Partridge (PARTD6713)
                                        Laura D. Goodson (ASB-0579-R81G)
                                        200 South Lamar Street, Suite 100
                                        Post Office Box 22608
                                        Jackson, Mississippi 39225-2608
                                        Telephone: (601) 960-8600
                                        Attorneys for Defendant Industrial Holdings Corporation
                                        f/k/a/ The Carborundum Company

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

OTHRE BURNETT, ET AL.

    PLAINTIFFS

VS.

    CIVIL ACTION NUMBER:

    2:08-CV-150 -WKW

ALBANY INTERNATIONAL,
ET AL.,

    DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

    Respectfully submitted,

    /s/ Donald C. Partridge
    RICHARD M. CRUMP (CRUMR6839)
    DONALD C. PARTRIDGE (PARTD6713)
    LAURA D. GOODSON (GOODL0579)