**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **OTHRE E. BURNETT, ET AL.** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **VS.** ) | **2:08CV150WKW** |
| ) | |
| **ALBANY INTERNATIONAL,** ) | |
| **ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

**CONFLICT DISCLOSURE STATEMENT**

  **COMES NOW** Ingersoll-Rand Company, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entities | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

  March 24, 2008            //s// Donald C. Partridge
     Date                  (Signature)

                       Donald C. Partridge (PARTD6713)
                       Counsel for Ingersoll-Rand Company
                       FORMAN PERRY WATKINS KRUTZ &
                       TARDY LLP
                       200 South Lamar Street
                       City Centre, Suite 100S
                       Post Office Box 22608
                       Jackson, Mississippi 39225-2608
                       Telephone:  (601) 960-8600

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **OTHRE E. BURNETT, ET AL.** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | **CIVIL ACTION NUMBER:** |
| **VS.** | ) | **2:08CV150WKW** |
| | ) | |
| **ALBANY INTERNATIONAL,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and all Defense Counsel of Record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

Respectfully submitted,

 //s// Donald C. Partridge
DONALD C. PARTRIDGE (PARTD6713)