**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **OTHRE E. BURNETT; et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Civil Action No.: CV-08-150-WRW |
| | ) |
| **ASBESTOS DEFENDANTS:** | ) |
| **ALBANY INTERNATIONAL; et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**MOTION TO DISMISS AND/OR MOTION TO TRANSFER TO THE MDL
ON BEHALF OF DEFENDANT HONEYWELL, INC.**

Comes now, the Defendant Honeywell, Inc. and moves the Court to either dismiss this Complaint with prejudice, or, alternatively, transfer this action to the United States Court for the Eastern District of Pennsylvania, and in support thereof, states as follows:

1. The Complaint fails to state a claim upon which relief may be granted.

2. Plaintiff Barton's claim appears to be barred by the applicable statute of limitations, and should be dismissed before this matter is transferred to the MDL. Alternatively, there may be other Plaintiffs whose claims are similarly subject to the appropriate statute of limitations, but this does not appear from the body of the Complaint. Defendant reserves the right to seek dismissals for any other Plaintiffs whose claims are barred by the applicable statute of limitations.

3. Venue is improper in this Court.

4. The Complaint should be dismissed because a more convenient forum for

    this litigation exists in another United States District Court.

5. Upon information and belief, this case should be transferred to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407 as a "tag along action" pursuant to the order entered on July 29, 1999 by the Judicial Panel on Multi-District Litigation.

        /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Honeywell, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the  24th   day of March        , 2008.

        /s/Frank E. Lankford, Jr.