IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT; et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No.: CV-08-150-WRW |
| | ) |
| ASBESTOS DEFENDANTS: | ) |
| ALBANY INTERNATIONAL; et al., | ) |
| | ) |
|    Defendants. | ) |
| | ) |

**RULE 26.1 CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT/RESPONDENT SEPCO CORPORATION**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Defendant/Respondent Sepco Corporation states that it is a wholly owned subsidiary of its parent corporation, St. Gobain Performance Plastics, Inc. and, in addition, no publicly held corporation owns 10% or more of its stock.

    /s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Sepco Corporation

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

**CERTIFICATE OF SERVICE**

    I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 24th day of March, 2008.

    /s/Frank E. Lankford, Jr.