IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT; et al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )Civil Action No.: CV-08-150-WRW |
| | ) |
| ASBESTOS DEFENDANTS: | ) |
| ALBANY INTERNATIONAL; et al., | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT HONEYWELL, INC.

Defendant Honeywell, Inc., pursuant to Federal Rule of Civil Procedure 7.1 states as follows:

Honeywell, Inc. is a publicly traded corporation.  It has no parent corporation, nor does any entity own ten percent (10%) or more of its stock.

/s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
LAN037
ASB: 8409-K71F
Attorney for Honeywell, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 24th         day of March          , 2008.

/s/Frank E. Lankford, Jr.