IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT; et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No.: CV-08-150-WRW |
| | ) |
| ASBESTOS DEFENDANTS: | ) |
| ALBANY INTERNATIONAL; et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT JOHN CRANE, INC.**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant John Crane, Inc. states that it is wholly owned by its parent corporation, Smiths Group, PLC and that Smiths Group, PLC owns all of the stock in John Crane, Inc.

                                                      /s/Frank E. Lankford, Jr.
                                                      Frank E. Lankford, Jr., Esquire
                                                      LAN037
                                                      ASB: 8409-K71F
                                                      Attorney for John Crane, Inc.

OF COUNSEL:

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
205-251-1193

**CERTIFICATE OF SERVICE**

    I hereby certify that I have filed the above and foregoing pleading electronically with the Clerk of Court using the CM-ECF system which will send notification of same to all parties of record on this the 24th day of March, 2008.

                                                      /s/Frank E. Lankford, Jr.