| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Rudy Revera*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  *Rudy Revera*   C. Date of Delivery  3/19/08 |
| 1. Article Addressed to:<br><br>Kaiser Gypsum Company, Inc.<br>CT Corporation System<br>818 West 7th Street<br>Los Angeles, CA 90017 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>   2:08CV150 |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0001 3026 8833 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540