IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:08cv150WRW |
| ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL, et al., | ) ) ) ) |
| Defendant, | ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Maremont Corporation, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| ARVINMERITOR, INC. | Parent Corporation |

March 27, 2008
Date

/s/ Evelyn M. Fletcher
Counsel Signature
Evelyn M. Fletcher (FLE 019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-8936-C60P

Maremont Corporation
Counsel for (print names of all parties)

4000 SunTrust Plaza
303 Peachtree Street Atlanta GA 30308
Address, City, State Zip Code
404-614-7400
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Evelyn M. Fletcher, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 27TH day of March 2008, to:

All counsel of record as provided by the CM/ECF system.

March 27, 2008
Date

/s/ Evelyn M. Fletcher
Counsel Signature
Evelyn M. Fletcher (FLE 019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-8936-C60P