IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
| Plaintiffs, | )  CIVIL ACTION NO. |
| | ) |
| vs. | )  2:08-CV-150-WKW |
| | ) |
| ALBANY INTERNATIONAL, et al., | ) |
| | ) |
| Defendant. | ) |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒   The non-governmental corporate party, <u>Asten Johnson, Inc., individually and as successor-in-interest to Asten, Inc., successor-in-interest by way of name change to Asten Group, Inc., formerly trading as Asten-Hill Manufacturing Co., in the</u> above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏   the non-governmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

__3/28/2008_____                    /s/Clifton W. Jefferis_____
   Date

                         Counsel for:   Asten Johnson, Inc., individually and
                                        as successor-in-interest to Asten,
                                        Inc., by way of name change to
                                        Asten Group, Inc., formerly trading
                                        as Asten-Hill Manufacturing Co.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., ) | |
| ) | |
| PLAINTIFFS ) | CIVIL ACTION NO. |
| ) | |
| vs. ) | 2:08-CV-150-WKW |
| ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| DEFENDANTS ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. Patterson Keahey, Jr., Esq., counsel for the plaintiffs, and counsel of record for all defendants, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none at this time.

                                    Respectfully submitted,


                                    /s/Clifton W. Jefferis
                                    JAMES G. HOUSE, III., (HOUSJ2667)
                                    CLIF JEFFERIS, (JEFFC7705)