IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **OTHRE E. BURNETT, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. |
| | ) 2:08-CV-150-WKW |
| **ASBESTOS DEFENDANTS, et al.,** | ) |
| **Defendants.** | ) |

**DEFENDANT IMO INDUSTRIES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the United States District Court for the Middle District of Alabama's General Order No. 3047 and Federal Rule of Civil Procedure 7.1, Defendant IMO Industries, Inc. hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other reportable entities:

1. IMO Industries, Inc. is a corporation whose shares are not publicly traded;

2. CLFX Corporation, Colfax Corporation and IMO Holdings, Inc. are the parent companies of IMO Industries, Inc.; and

3. No publicly held corporation owns 10% or more of its stock.

**s/Frederick G. Helmsing, Jr.**

>Brian P. McCarthy
>Frederick G. Helmsing, Jr.
>MCDOWELL KNIGHT ROEDDER & SLEDGE, LLC
>63 South Royal Street, Suite 900
>Mobile, Alabama 36602
>T: 251-432-5300
>F: 251-432-5302
>fhelmsing@mcdowellknight.com
>
>Attorneys for Defendant IMO Industries, Inc.

**OF COUNSEL:**

**McDOWELL KNIGHT**
  **ROEDDER & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
(251) 432-5300
(251) 432-5303

<b><u>CERTIFICATE OF SERVICE</u></b>

This is to certify that on this 28th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system which provided electronic notice to all counsel of record of same.

<b><u>s/Frederick G. Helmsing, Jr.</u></b>