IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT

| | |
|---|---|
| **OTHRE E. BURNETT, et al.** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | **Civil Action Number:** |
| **v.** ) | |
| ) | **2: 08cv150-WKW** |
| **ALBANY INTERNATIONAL, et al.** ) | |
| ) | |
|     **Defendants.** ) | |

**DEFENDANT T H AGRICULTURE & NUTRITION, LLC's
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Middle District of Alabama's General Order No. 3047 and Federal Rules of Civil Procedure 7.1, Defendant T H Agriculture & Nutrition, LLC hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditor's committee, or other reportable entities:

1. T H Agriculture & Nutrition, LLC is not publicly traded;

2. Philips Electronics North America Corporation is the parent company of T H Agriculture & Nutrition, LLC; and

3. No publicly held company owns 10% or more of its stock.

/s/ Roger C. Foster
ROGER C. FOSTER, ESQ. (FOS005)
Attorney for Defendant
*T H Agriculture & Nutrition, LLC*

1

**OF COUNSEL:**

**LANEY & FOSTER, P.C.**
Post Office Box 43798
Birmingham, Alabama 35243-0798
Telephone: (205) 986-4405
Facsimile: (205) 298-8441

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been served upon **all counsel of record** by electronic mail provided by the Court's Filing System on March 28, 2008.

/s/ Roger C. Foster
ROGER C. FOSTER, ESQ. (FOS005)