THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08-cv-150 |
| | ) |
| ASBESTOS DEFENDANTS: ALBANY | ) |
| INTERNATIONAL, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant Trane US, Inc. f/k/a American Standard, Inc. and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's Civil Misc. Order No. 00-3047:

The following entities are hereby reported:

Trane US, Inc. f/k/a American Standard, Inc. is wholly owned by Trane, Inc. f/k/a American Standard Companies, Inc., which is a publicly traded corporation.

                                                                                                     s/Timothy W. Knight
                                                                                                      s/Lucy W. Jordan
                                                                                 Timothy W. Knight (ASB-5824-170T)
                                                                                 Lucy W. Jordan (ASB-4426-U69J)
                                                                                 Atttorneys for Defendant Trane US, Inc. f/k/a American Standard, Inc.

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900

2

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                                                                                                                          s/ Lucy W. Jordan
                                                                                                                                          OF COUNSEL