THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08-cv-150 |
| | ) |
| ASBESTOS DEFENDANTS: ALBANY | ) |
| INTERNATIONAL, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant Hobart Brothers Company, and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's Civil Misc. Order No. 00-3047:

The following entities are hereby reported:

**Hobart Brothers Company** is a wholly owned subsidiary of Illinois Tool Works, Inc., a publicly traded company. No publicly traded company owns more than ten percent of the stock of Illinois Tool Works, Inc.

                                                                       s/Timothy W. Knight_____
                                                                       s/Lucy W. Jordan  _____
Timothy W. Knight (ASB-5824-170T)
Lucy W. Jordan (ASB-4426-U69J)
Attorneys for Defendants
The Lincoln Electric Company
And Hobart Brothers Company

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 31, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                                  ____s/ Lucy W. Jordan_____
                                                  OF COUNSEL