IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DOROTHY BURNETT, as Personal Representative for the Estate of OTHRE E. BURNETT, et al.,** )<br>)<br>)<br>) | |
| **Plaintiffs,** ) | **CV NO.: 2:08-CV-150-WKW** |
| ) | |
| vs. ) | |
| ) | |
| **ALBANY INTERNATIONAL., et al.,** )<br>) | |
| **Defendants.** | |

**RULE 7.1 CORPORATE/CONFLICT DISCLOSURE STATEMENT OF
DEFENDANTS EATON CORPORATION AND CUTLER HAMMER**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Eaton Corporation and Cutler Hammer, currently referred to as Eaton Electrical, Inc., hereby make the following corporate disclosure:

[X]   No publicly-held entity holds more than 10% of Eaton Corporation's stock.

Respectfully submitted by,

       /s/ E. Bryan Nichols
John A. Smyth, III
E. Bryan Nichols
T. Delawrence

Attorneys for Defendants
EATON ELECTRICAL, INC. AND
EATON CORPORATION

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.199

01618679.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct electronic version of the foregoing has been filed with the CM/ECF system, which will electronically serve all counsel of record on this the 31st day of March, 2008.

                                                /s/ E. Bryan Nichols
                                         Of Counsel

01618679.1