**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **OTHRE E. BURNETT, et al.,** ) | |
| ) | |
| Plaintiffs, ) | **CIVIL ACTION NO.** |
| ) | **2:08-CV-150** |
| vs. ) | |
| ) | |
| **ASBESTOS DEFENDANTS:** ) | |
| ) | |
| **ALBANY INTERNATIONAL, et al.,** ) | |
| ) | |
| Defendants. ) | |

**BUFFALO PUMPS, INC.'S DISCLOSURE STATEMENT**

COMES NOW Defendant, BUFFALO PUMPS, INC., by and through its attorneys of record, and pursuant to *Federal Rule of Civil Procedure* 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Whether the named Defendant has a parent company, and if so, what company.

**The parent company of Buffalo Pumps, Inc. is Ampco-Pittsburgh Corporation.**

2. Whether the named Defendant has publicly traded stock.

**The named defendant does not have any publicly traded stock.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

**Ampco-Pittsburgh Corporation owns 100% of the named defendant's stock and is a publicly traded entity.**

                    s/Gary W. Fillingim
                    Edward B. McDonough, Jr.(MCDOE0149)
                    Gary W. Fillingim (FILLG1161)
                    Attorneys for Defendant,
                    BUFFALO PUMPS, INC.

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 31st day of March, 2008, I ectronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                    s/Gary W. Fillingim
                    Gary W. Fillingim