IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **OTHRE E. BURNETT, et al.**, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | 2:08CV150-WKW |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **JURY DEMAND** |
| | ) | |
| **ALBANY INTERNATIONAL; et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendant Emerson Electric Co. does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order Number 3047:

There are no entities to be reported.

    /s/ Haley A. Andrews
One of the Attorneys for Defendant
Emerson Electric Co.

OF COUNSEL:
Melody H. Eagan (EAGAM9780)
W. Larkin Radney IV (RADNL5271)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

2

**CERTIFICATE OF SERVICE**

       This is to certify that on this <u>31st</u> day of <u>March</u> , 2008, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

    G. Patterson Keahey, Jr., Esq.
    Law Offices of G. Patterson Keahey, P.C.
    One Independence Plaza
    Suite 612
    Birmingham, AL  35209

and on the 31st day of March, 2008, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system.

                            /s/ Haley A. Andrews
                            Of Counsel

2