# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al.,                ) | |
|                                        ) | |
|     Plaintiffs,                              ) | |
|                                       ) | |
| vs.                                              ) | CV NO. 2:08-CV-150-WKW |
|                                       ) | |
| ALBANY INTERNATIONAL, et al., ) | |
|                                       ) | |
|     Defendants                              ) | |

## PNEUMO ABEX LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Pneumo Abex LLC hereby files its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and MDL Rule 5.3. Defendant Pneumo Abex LLC is a Delaware limited liability company whose ultimate parent is M & F Worldwide Corp., which is publicly owned.

Dated this 31st day of March, 2008.

                                                              Respectfully submitted,

                                                               s/ Brian M. Blythe
                                                               Brian M. Blythe
                                                               One of the Attorneys for
                                                               Pneumo Abex LLC

#1688106

OF COUNSEL
T. Michael Brown
Joel M. Kuehnert
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

  I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  All counsel of record

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  None

        Respectfully submitted,

        s/ Brian M. Blythe

#1688106