IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | CIVIL ACTION NUMBER: |
| ) | 2:08CV150WKW |
| ALBANY INTERNATIONAL, ET AL., ) | |
| ) | |
| Defendants, ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Cleaver Brooks, a division of Aqua-Chem, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____
_____              _____
_____              _____

March 31, 2008                       /s/ Stephen Christopher Collier
Date                                 Counsel Signature

                                     Stephen Christopher Collier
                                     Counsel for (print names of all parties)

                                     4000 SunTrust Plaza, 303 Peachtree Street
                                     Address, City, State Zip Code

                                     Atlanta, Georgia 30308-3243
                                     404-614-7400
                                     Telephone Number

10378916v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

## CERTIFICATE OF SERVICE

I, Stephen Christopher Collier do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 31st day of March 2008, to:

All counsel of record as provided by the CM/ECF system.

| March 31, 2008 | /s/ Stephen Christopher Collier |
| Date | Signature |

10378916v.1