**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **OTHRE E. BURNETT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action Number:** |
| | ) | **2:08-cv-150-WKW** |
| **KELLY-MOORE PAINT CO., INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT KELLY-MOORE'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW Kelly-Moore Paint Company, Inc., a Defendant, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

\_\_   This party is an individual, or

\_\_   This party is a governmental entity, or

\_\_   There are no entities to be reported, or

**X**   The following entities and their relationship to the party are hereby reported:

| **REPORTABLE ENTITY** | **RELATIONSHIP TO PARTY** |
|---|---|
| Kelly-Moore Paint Company, Inc. | A wholly owned subsidiary that is not publicly traded |

| | |
|---|---|
| K-M Industries Holding Company, Inc. | The parent corporation of Kelly-Moore Paint Company, Inc. which is not publicly traded |

| | |
|---|---|
| <u>March 31, 2008</u><br>Date | s/**William T. Mills, II**<br>William T. Mills, II<br>ASB-0402-L72W; MIL014<br>Attorney for Kelly-Moore Paint<br>PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.<br>Birmingham, Alabama 35242<br>Telephone (205) 980-5000<br>Fax (205) 980-5001<br>E-mail: phm@phm-law.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **OTHRE E. BURNETT, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 2:08-cv-150-WKW |
| **KELLY-MOORE PAINT CO., INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of the document to all parties of record.

                                                 Respectfully submitted,

                                                 s/**William T. Mills, II**
                                                 William T. Mills, II
                                                 ASB-0402-L72W; MIL014
                                                 Attorney for Kelly-Moore Paint
                                                 PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
                                                 Birmingham, Alabama 35242
                                                 Telephone (205) 980-5000
                                                 Fax (205) 980-5001
                                                 E-mail: phm@phm-law.com