**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **OTHRE E. BURNETT, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    **Civil Action Number:** |
| | )               **2:08-cv-150-WKW** |
| **WARREN PUMPS, INC., et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## DEFENDANT WARREN PUMPS'S CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, designated as Warren Pumps, Inc., and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

__     This party is an individual, or

__     This party is a governmental entity, or

__     There are no entities to be reported, or

**X**     The following entities and their relationship to the party are hereby reported:

| **REPORTABLE ENTITY** | **RELATIONSHIP TO PARTY** |
|---|---|
| Warren Pumps LLC | A single member Delaware LLC with Imo Industries, Inc. its only member |

| | |
|---|---|
| <u>March 31, 2008</u><br>Date | s/**William T. Mills, II**<br>William T. Mills, II<br>ASB-0402-L72W; MIL014<br>Attorney for Warren Pumps<br>PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.<br>Post Office Box 530790<br>Birmingham, Alabama 35253-0790<br>Telephone (205) 980-5000<br>Fax (205) 980-5001<br>E-mail: phm@phm-law.com |

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **OTHRE E. BURNETT, et al.,**      )<br>                                                            )<br>         **Plaintiffs,**                             )<br>                                                            )<br>**v.**                                                     )<br>                                                            )<br>**WARREN PUMPS, INC., et al.,**    )<br>                                                            )<br>         **Defendants.**                         ) | **Civil Action Number:**<br>**2:08-cv-150-WKW** |

    I hereby certify that on March 31, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy of the document to all parties of record.

                                                           Respectfully submitted,

                                                           s/**William T. Mills, II**
                                                           William T. Mills, II
                                                           ASB-0402-L72W; MIL014
                                                           Attorney for Warren Pumps
                                                           PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
                                                           Birmingham, Alabama 35242
                                                           Telephone (205) 980-5000
                                                           Fax (205) 980-5001
                                                           E-mail: phm@phm-law.com