IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OTHRE E. BURNETT, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | Case No. 2:08-CV-150 |
| | * | |
| ALBANY INTERNATIONAL, et al., | * | |
| | * | |
| Defendants. | * | |

## CORPORATE DISCLOSURE STATEMENT OF
## CROWN CORK & SEAL COMPANY, INC.
## AND
## CROWN HOLDINGS, INC.

Come now Crown Cork & Seal Company, Inc. and Crown Holdings, Inc. and file this their Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order and identify Crown Cork & Seal Company, Inc.'s parent corporation as Crown Holdings, Inc. and state that no publicly held corporation owns 10% or more of Crown Holdings, Inc.'s stock.

Respectfully Submitted,

/s/ Walter T. Gilmer, Jr.
WALTER T. GILMER, JR. (GILMW5452)
Attorney for Defendants Crown Cork & Seal
Company, Inc. and Crown Holdings, Inc.

**OF COUNSEL:**

**McDOWELL KNIGHT ROEDDER
 & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
Phone: (251) 432-5300

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2008, I have served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

/s/ Walter T. Gilmer, Jr.
WALTER T. GILMER, JR.