## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| ASBESTOS DEFENDANTS, ET AL., ) | 2:08-CV-150-WKW |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

Defendant, **Rockbestos-Surprenant Cable Corporation**, f/k/a The Rockbestos Company, ("Rockbestos") makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

The following entities and their relationship to the party are hereby reported:

Rockbestos is a private company and is a member of the Marmon Group of Companies, an unincorporated, international association of autonomous private companies. Rockbestos is wholly owned by Marmon Wire & Cable LLC, another private entity.

<u>March 31, 2008</u>
Date

/s/ Haley A. Andrews
One of the Attorneys for Defendant
Rockbestos-Surprenant Cable Corporation,
f/k/a The Rockbestos Company

OF COUNSEL:
W. Larkin Radney IV (RADNL5271)
Haley A. Andrews (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this  31st day of March , 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. And I hereby certify that I have mailed by United States Postal Service the document to the following counsel;

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama  35209

*Attorney for Plaintiffs*

                                                /s/ Haley A.Andrews
                                                OF COUNSEL