| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CT Corporation System  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  5615 Corporate Blvd  C. Date of Delivery  Suite 400B  7-25-8 |
| 1. Article Addressed to:<br><br>Albany International<br>c/o Its Registered Agent:<br>CT Corporation System<br>8550 United Plaza Blvd.<br>Baton Rouge, LA 70809 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:08CV150<br>S+C |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0001 3026 9885 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |