# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **OTHRE E. BURNETT, et al.** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **2:08CV150-WKW** |
| **GENERAL ELECTRIC, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant General Electric Company ("GE"), moves this court for an order dismissing all claims against GE. Alternatively, the plaintiffs should be required to file a more definite statement. As grounds for this motion, GE submits the following:

## INTRODUCTION

The Complaint asserts claims on behalf of nine plaintiffs for either alleged asbestos-related personal injuries or for the wrongful death of their decedents arising out of the alleged exposure to asbestos in products manufactured by a multitude of defendants. All of the plaintiffs' claims are due to be dismissed for one reason or another:

962680.1

(1)  The entire Complaint is due to be dismissed for lack of subject matter jurisdiction.

(2)  The entire Complaint is due to be dismissed because it does not satisfy Rules 8 and 10(b) of the Federal Rules of Civil Procedure.

(3)  The entire Complaint is due to be dismissed because it fails to plead fraud with particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure.

(4)  The entire Complaint is due to be dismissed because it is nothing more than a "shotgun" pleading.

(5)  The claims of two of the plaintiffs, John or "Jeff" Marona and Emma Jean Barton, are due to be dismissed because the face of the Complaint makes clear that their claims are barred by the applicable statute of limitations.

Further, the plaintiffs are not properly joined under Rule 20 of the Federal Rules of Civil Procedure.

## ARGUMENT

In support of the grounds set forth above, GE joins in and adopts the following motions:

1. Motion to Dismiss or, Alternatively, Motion for More Definite Statement filed by Defendants, The Lincoln Electric Company and Hobart Brothers Company on March 31, 2008 (Document 116).

2. Buffalo Pumps, Inc.'s Motion to Dismiss or, in the Alternative, for a More Definite Statement and/or for Severance filed on March 31, 2008 (Document 121).

Defendant GE also asserts the affirmative defenses of lack of jurisdiction over the person, improper venue, insufficiency of process, and insufficiency of service of process.

Wherefore, premises considered, GE respectfully requests this Honorable Court to dismiss the plaintiffs' claims with prejudice on grounds set forth above. Alternatively, GE requests that this Court enter an Order requiring the plaintiffs to provide a more definite statement of their individual claims pursuant to Fed. R. Civ. P. 12(e).

        s/ Jenelle R. Evans
        S. Allen Baker, Jr.
        Bar Number: ASB-5990-E68S
        Jenelle R. Evans
        Bar Number: ASB-2403-A35J
        Attorneys for Defendant, General Electric Company
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 226-8798
        E-mail: abaker@balch.com
        E-mail: jevans@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

Respectfully submitted,

s/ Jenelle R. Evans
S. Allen Baker, Jr.
Bar Number: ASB-5990-E68S
Jenelle R. Evans
Bar Number: ASB-2403-A35J
Attorney for Defendant, General Electric Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
E-mail: abaker@balch.com
       jevans@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

Respectfully submitted,

s/ Jenelle R. Evans
S. Allen Baker, Jr.
Bar Number: ASB-5990-E68S
Jenelle R. Evans
Bar Number: ASB-2403-A35J
Attorney for Defendant, General Electric Company
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
E-mail: abaker@balch.com
       jevans@balch.com