**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **OTHRE E. BURNETT, et al.**          ) | |
| ) | |
|     **Plaintiffs,**                                         ) | |
| ) | |
| **v.**                                                            ) | **CIVIL ACTION NO.** |
| )                                             | **2:08CV150-WKW** |
| **GENERAL ELECTRIC, et al.,**        ) | |
| ) | |
|     **Defendants.**                                    ) | |
| ) | |

**GENERAL ELECTRIC COMPANY'S CONFLICT/**
**CORPORATE DISCLOSURE STATEMENT**

In accordance with the order of this Court and pursuant to Federal Rule of Civil Procedure 7.1, defendant General Electric Company ("GE"), by and through its attorneys of record, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. GE does not have a parent corporation; and

2. No publicly-held corporation owns more than 10% of GE.

                                                  Respectfully submitted,

                                                  /s Jenelle R. Evans
                                                  Jenelle R. Evans, ASB-2403-A35J
                                                  S. Allen Baker, Jr., ASB-5990-E68S
                                                  Attorneys for Defendant, General Electric Company
                                                  BALCH & BINGHAM LLP
                                                  Post Office Box 306
                                                  Birmingham, AL 35201-0306
                                                  Telephone: (205) 251-8100
                                                  E-mail: jevans@balch.com
                                                  E-mail: abaker@balch.com

965069.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel who are CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to non-CM/ECF participants.

                    Respectfully submitted,
                    /s Jenelle R. Evans
                    Jenelle R. Evans, ASB-2403-A35J
                    S. Allen Baker, Jr., ASB-5990-E68S
                    Attorney for Defendant, General Electric Company
                    BALCH & BINGHAM LLP
                    Post Office Box 306
                    Birmingham, AL 35201-0306
                    Telephone: (205) 251-8100
                    Facsimile: (205) 488-5686
                    E-mail: jevans@balch.com
                    E-mail: abaker@balch.com