IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ALBANY INTERNATIONAL, et al.,  )<br>)<br>Defendants.  ) | CIVIL ACTION NO. 2:08 CV 150-WKW |

**CORPORATE DISCLOSURE STATEMENT**

**COMES NOW** United States Steel Corporation, for itself and on behalf of the entity identified as USX Corporation, and pursuant to Fed. R. Civ. P. 7.1, discloses that it has no parent corporation and no publicly traded corporation owns more than ten percent (10%) of its stock.

/s/Allan R. Wheeler
C. Paul Cavender (CAV002)
Allan R. Wheeler ASB-4726-R49A

Attorneys for Defendants
UNITED STATES STEEL CORPORATION

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1654868 v1

## CERTIFICATE OF SERVICE

    I hereby certify on this 1st day of April 2008 that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                        /s/Allan R. Wheeler
                                        OF COUNSEL

1654868 v1