IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al. ;  )<br>  )<br>  Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>SURFACE COMBUSTION, et al.,  )<br>  )<br>  Defendants.  )  ) | Civil Action No.<br><br>2:08 CV-150-WKW |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to 7.1 of the Federal Rules of Civil Procedure, Defendant SURFACE COMBUSTION, INC. makes the following disclosures:

1. Surface Combustion, Inc. has no "parent" corporation.

2. There is no publicly held corporation that owns Ten Percent or more of Surface Combustion, Inc.'s stock.

   Respectfully submitted on the April 2, 2008.

                                    s/David W. McDowell
                                    DAVID W. McDOWELL
                                    (ASB - 7713-L69D)
                                    Attorney for Surface Combustion, Inc.

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480  -  Facsimile: (205) 322-8007

B DWM 779129 v1
1038803-000001 4/2/2008

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Courtt's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's CM/ECF electronic filing system.

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, PC
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
(205) 871-0707
(205) 871-0801 facsimile
E-mail: info@mesohelp.com

                                      Respectfully submitted,

                                      s/David W. McDowell
                                      DAVID W. McDOWELL (ASB - 7713-L69D)
                                      BAKER, DONELSON, BEARMAN,
                                      CALDWELL & BERKOWITZ, P.C.
                                      Wachovia Tower, Suite 1600
                                      420 North Twentieth Street
                                      Birmingham, Alabama 35203
                                      Telephone: (205) 250-8312
                                      Facsimile: (205) 488-3712