IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ASBESTOS DEFENDANTS: )<br>)<br>ALBANY INTERNATIONAL, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:08-CV-150-WKW |

## THE ANCHOR PACKING COMPANY'S DISCLOSURE STATEMENT

COMES NOW Defendant, THE ANCHOR PACKING COMPANY, by and through its attorneys of record, and pursuant to *Federal Rule of Civil Procedure* 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

THE ANCHOR PACKING COMPANY is a wholly owned subsidiary of Garlock Inc. Garlock Inc is a wholly owned subsidiary of Coltec Industries Inc. Coltec Industries Inc is a wholly owned subsidiary of EnPro Industries, Inc.

        s/Edward B. McDonough, Jr.
        EDWARD B. McDONOUGH, JR. (MCDOE0149)
        GARY W. FILLINGIM (FILLG1161)
        Attorneys for Defendant,
        THE ANCHOR PACKING COMPANY

OF COUNSEL:

EDWARD B. McDONOUGH, JR., P.C.
Post Office Box 1943
Mobile, AL 36633
(251) 432-3296 - telephone
(251) 432-3300 - facsimile
ebm@emcdonoughlaw.com
gwf@emcdonoughlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                  s/Edward B. McDonough, Jr.
                                                  Edward B. McDonough, Jr.