**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

**OTHRE E. BURNETT, et al.,**                                                                  **PLAINTIFFS**

**vs.**                                                            **CIVIL ACTION NO. 2:08CV150-WKW**

**ALBANY INTERNATIONAL, et al.,**                                                   **DEFENDANTS**

**OGLEBAY NORTON COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Oglebay Norton Company states:

1. Oglebay Norton Company is a privately held corporation.

2. Carmeuse Lime & Stone, Inc. owns greater than 10% of Oglebay Norton Company's outstanding stock.

THIS, 7th day of April, 2008.

                                                                                                     Respectfully submitted,

                                                                                                     s/ Cyrus C. Barger, III_____
                                                                                                     Cyrus C. Barger, III, AL Bar#BAR137
                                                                                                     Counsel for Defendant,
                                                                                                     Oglebay Norton Company

JUDE & JUDE, PLLC
6424 US Hwy 98 West, Suite 50
P.O. Box 17468
Hattiesburg, MS  39404-7468
Telephone: (601) 579-8411
Facsimile:  (601) 579-8461

## CERTIFICATE OF SERVICE

I, Cyrus C. Barger, III, counsel for Oglebay Norton Company do hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all known counsel of record.

THIS, 7th day of April, 2008.

                                                  s/ Cyrus C. Barger, III
                                                  Cyrus C. Barger, III

F:\FILES\FEI\Al\CorporateDisclosureStatements\Burnett_Othre_Corporate_Disclosure_040708.doc