### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **OTHRE E. BURNETT, et al.** § | |
| § | |
| **Plaintiffs** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 2:08-CV-150-WKW** |
| § | |
| **ALBANY INTERNATIONAL, et al.** § | |
| § | |
| § | |
| **Defendants** § | |

## DEFENDANT SUNBEAM PRODUCTS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Sunbeam Products, Inc. ("Sunbeam"), by and through its undersigned attorneys, files the following Corporate Disclosure Statement:

1. Sunbeam is not a publicly traded company.

2. Sunbeam's parent company is Jarden Corporation.

3. Jarden Corporation is a publicly traded corporation that owns 10% or more of Sunbeam.

    Respectfully Submitted,

    **SUNBEAM PRODUCTS, INC.**


    BY:    */s/ Randi Peresich Mueller*_____
            RANDI PERESICH MUELLER, ASB# 7546-R71M
            PAGE, MANNINO, PERESICH &
            MCDERMOTT, P.L.L.C.
            460 BRIARWOOD DRIVE, SUITE 415
            POST OFFICE BOX 16450
            JACKSON, MS  39236
            (601) 896-0114/FAX (601) 896-0145

**CERTIFICATE OF SERVICE**

I, RANDI PERESICH MUELLER, of the law firm of Page, Mannino, Peresich & McDermott, P.L.L.C., have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated: April 7, 2008.

 /s/ Randi Peresich Mueller_____
RANDI PERESICH MUELLER
PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
POST OFFICE BOX 16450
JACKSON, MS 39236
TELEPHONE: (601) 896-0114
FACSIMILE: (601) 896-0145