THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al.,          )<br>                                                        )<br>           Plaintiffs,                      )<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>ALBANY INTERNATIONAL, et al.,   )<br>                                                        )<br>           Defendants.                  ) | Civil Action No.:<br>2:08-CV-150-WCW |

### CONWED CORPORATION'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Conwed Corporation, and makes this following disclosure statement pursuant to Fed. Civ. P. 7. 1:

1. Whether the named Defendant has a parent company, and if so, what company.

   **Yes, Leucadia, Inc.**

2. Whether the named Defendant has publicly traded stock.

   **No.**

3. Whether a publicly traded entity owns 10% or more of the named Defendant's company stock and if so, what entity.

   **No.**

Respectfully submitted,

DOGAN & WILKINSON, PLLC

s/ Nathan A. Bosio
NATHAN A. BOSIO

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| vs. ) | 2:08-CV-150-WCW |
| ) | |
| ALBANY INTERNATIONAL, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2008 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

s/ Nathan A. Bosio
NATHAN A. BOSIO
AL Bar # 4003-A55B
Attorney for Defendant Conwed Corporation
DOGAN & WILKINSON, PLLC
P.O. Box 1618
Pascagoula, MS 39568
Telephone: (228)762-2272
Facsimile: (228) 762-3223

W:\ASBESTOS\STATE\Alabama\Complaint Answers\Conwed\Burnett, Othre Corporate Disclosure.wpd