IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| OTHRE E. BURNETT; | ) | |
| EMMA JEAN BARTON; | ) | |
| JOEL GRAY; | ) | |
| DONNA HAYES; | ) | |
| JEFF F. MARONA; | ) | CASE NO. 2:08CV150-WKW |
| RAYFORD ALLEN MCKINLEY; | ) | JURY DEMAND |
| RUSSELL MASHBURN; | ) | |
| ROY REMBERT, JR.; | ) | |
| ALAN D. VINCENT; | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| ALBANY INTERNATIONAL, et al., | ) | |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Metropolitan Life Insurance Company, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| MetLife, Inc. | Party is a wholly owned subsidiary of MetLife, Inc. |

April 8, 2008  
Date

\s\ Michael A. Vercher  
Counsel

One of the Attorneys for Metropolitan Life Insurance Company  
Counsel for (print names of all parties)

Christian & Small LLP  
505 20th Street North, Suite 1800  
Birmingham, AL 35203  
Address, City, State Zip Code

205-795-6588  
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that on **April 8, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

/s/ Michael A. Vercher  
OF COUNSEL