IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>ALBANY INTERNATIONAL, et al., )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO. 2:08 CV 150-WKW** |

**CORPORATE DISCLOSURE STATEMENT**

**COMES NOW** Thiem Corporation, and pursuant to Fed. R. Civ. P. 7.1, discloses that it is a dissolved corporation and no longer exists.

/s/Allan R. Wheeler
C. Paul Cavender (CAV002)
Allan R. Wheeler ASB-4726-R49A

Attorneys for Defendants
THIEM CORPORATION

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**CERTIFICATE OF SERVICE**

I hereby certify on this 9th day of April 2008 that the foregoing **CORPORATE DISCLOSURE** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/Allan R. Wheeler
OF COUNSEL

1656953 v1