**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| OTHRE E. BURNETT, et al. | ) | |
| | ) | |
| | ) | **CIVIL ACTION NO.** |
| Plaintiffs, | ) | **2:08CV 150-WKW** |
| | ) | |
| ALBANY INTERNATIONAL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Koppers Industries, now known as Koppers, Inc., and pursuant to Fed.

R. Civ. P. 7.1, discloses that its parent corporation is Koppers Holdings, Inc., and that Koppers,

Inc.'s stock is not publicly traded.


s/Allan R. Wheeler
C. PAUL CAVENDER (ASB8784-E67C)
ALLAN R. WHEELER (ASB4726-R49A)
Attorney for Defendant
KOPPERS INDUSTRIES, NOW KNOWN AS
KOPPERS, INC.

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100


## CERTIFICATE OF SERVICE

I hereby certify on this 8th day of April 2008 that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


s/Allan R. Wheeler
OF COUNSEL

1656968 v1