IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08 CV 150-WKW |
| | ) |
| ALBANY INTERNATIONAL, et al., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** FMC Corporation on behalf of its former Construction Equipment Group, former Turbo Pump Operation, and former Peerless Pump and Chicago Pump businesses, improperly sued as FMC Corporation, individually and on behalf of its former Construction Equipment Group, and former Peerless Pump Division, Coffin Turbo Pumps and Chicago Pump businesses (hereafter "FMC Corporation"), and pursuant to Fed. R. Civ. P. 7.1, discloses that it has no parent corporation, and that FMR d/b/a Fidelity Management & Research Company, owns just over ten percent (10%) of FMC Corporation Stock.

/s/Allan R. Wheeler
C. Paul Cavender (CAV002)
Allan R. Wheeler ASB-4726-R49A

Attorneys for Defendants
FMC Corporation

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1656858 v1

## **CERTIFICATE OF SERVICE**

    I hereby certify on this 9th day of April 2008 that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


                                        /s/Allan R. Wheeler
                                        OF COUNSEL

1656858 v1