IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **OTHRE E. BURNETT, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 2:08 CV 150-WKW** |
| | ) |
| **ALBANY INTERNATIONAL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**CORPORATE DISCLOSURE STATEMENT**

    **COMES NOW** Georgia-Pacific LLC, identified in the Complaint as Georgia-Pacific Corporation and pursuant to Fed. R. Civ. P. 7.1, discloses that Georgia-Pacific LLC is a Delaware limited company. Georgia-Pacific LLC is wholly owned by Georgia-Pacific Holdings, LLC, a Delaware limited liability company. No publicly traded corporation owns ten percent (10%) or more of Georgia-Pacific LLC stock.

                                            /s/Allan R. Wheeler
                                            C. Paul Cavender (CAV002)
                                            Allan R. Wheeler ASB-4726-R49A

                                            Attorneys for Defendants
                                            GEORGIA-PACIFIC LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1656856 v1

## CERTIFICATE OF SERVICE

    I hereby certify on this 9th day of April 2008 that the foregoing **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                         s/Allan R. Wheeler
                                                         OF COUNSEL

1656856 v1