**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**OTHRE E. BURNETT, et al.,** *
*
**Plaintiffs,** *
*
**v.** * **CIVIL ACTION NO.:**
* **2:08-cv-150-MHT-WKW**
**ALBANY INTERNATIONAL, et al.,** *
*
**Defendants.** *
*

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT GOULDS PUMPS, INC.**

COMES NOW defendant, GOULDS PUMPS, INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

1. GOULDS PUMPS, INC. is a Delaware corporation and a wholly-owned subsidiary of ITT CORPORATION, a publicly traded corporation on the New York Stock Exchange, whose symbol is ITT.

2. ITT CORPORATION does not have a parent company.

3. No publicly-held corporation owns ten percent (10%) or more of the stock of ITT CORPORATION.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT (ASB-5142-R64D)
TIMOTHY A. CLARKE (ASB-1440-R67T)
***Attorneys for Goulds Pumps, Inc.***

OF COUNSEL:

VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

/s/ Timothy A. Clarke
TIMOTHY A. CLARKE (ASB-1440-R67T)