# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **OTHRE E. BURNETT, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | 2:08-cv-150-MHT-WKW |
| **ALBANY INTERNATIONAL, et al.,** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT CRANE PUMPS & SYSTEMS, INC.

COMES NOW Defendant, CRANE PUMPS & SYSTEMS, INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that Crane Pumps & Systems, Inc. has no parent company and that no publicly traded company owns ten percent (10%) or more of its stock.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT (ASB-5142-R64D)
TIMOTHY A. CLARKE (ASB-1440-R67T)
*Attorneys for Crane Pumps & Systems, Inc.*

OF COUNSEL:

VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, AL 36652-2568
Telephone: 251-432-9772
Facsimile: 251-432-9781

2

## CERTIFICATE OF SERVICE

  I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel who are CM/ECF participants.

                /s/ F. Grey Redditt, Jr.
                F. GREY REDDITT (ASB-5142-R64D)