THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08-cv-150 |
| | ) |
| ASBESTOS DEFENDANTS: ALBANY | ) |
| INTERNATIONAL, et al., | ) |
| | ) |
|    Defendants. | ) |

**OBJECTION TO PLAINTIFFS' MOTION TO STAY**

COMES NOW the defendant Trane US, Inc. f/k/a American Standard, Inc. (hereinafter, "this Defendant" or "moving Defendant") and objects to plaintiffs' motion to stay this action pending transfer to the asbestos MDL proceeding. As grounds for said motion, Defendant states the following:

1. In response to plaintiffs' complaint in this matter this Defendant filed a motion to dismiss asserting, among other issues, that subject matter jurisdiction is lacking on the face of the complaint. (See, Motion to Dismiss or, Alternatively, Motion for More Definite Statement filed on or about March 31, 2008).

2. If subject matter jurisdiction is lacking, this case should be dismissed rather than being transferred to the MDL proceeding.

3. Plaintiffs' motion to stay is an attempt to prevent Defendant's motion to dismiss from being considered on its merits by this Court.

WHEREFORE, this Defendant respectfully requests that the Court deny plaintiffs' motion to stay, and consider Defendant's Motion to Dismiss previously filed in this matter.

Respectfully submitted on this the  15th  day of April, 2008,

**ORAL ARGUMENT IS NOT REQUESTED**

    s/Timothy W. Knight  
    s/Lucy W. Jordan  
Timothy W. Knight (ASB-5824-170T)  
Lucy W. Jordan (ASB-4426-U69J)  
Attorneys for Defendants The Lincoln Electric Company and Hobart Brothers Company

**OF COUNSEL:**

Kee & Selby, LLP  
1900 International Park Drive  
Suite 220  
Birmingham, AL 35243  
(205) 968-9900

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 15th, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

    s/ Timothy W. Knight  
    OF COUNSEL

2