**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

April 15, 2008

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Burnett et al v. Albany International et al

Case No.:   2:08cv00150-WKW

   Document 197   Objection

   Documen t 198 Objection

This Notice of Correction was filed in the referenced case this date to enter the corrected pages into the record.  The originally e-filed document were not dated. A copy of the corrected documents are attached to this Notice.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08-cv-150 |
| | ) |
| ASBESTOS DEFENDANTS: ALBANY | ) |
| INTERNATIONAL, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## OBJECTION TO PLAINTIFFS' MOTION TO STAY

COME NOW the defendants ITT Corporation f/k/a ITT Industries, Inc. and Bell & Gossett a subsidiary of ITT Corporation f/k/a ITT Industries, Inc., (hereinafter, "these Defendants" or "moving Defendants") and object to plaintiffs' motion to stay this action pending transfer to the asbestos MDL proceeding. As grounds for said motion, Defendants state the following:

1. In response to plaintiffs' complaint in this matter these Defendants filed a motion to dismiss asserting, among other issues, that subject matter jurisdiction is lacking on the face of the complaint. (See, Motion to Dismiss or, Alternatively, Motion for More Definite Statement filed on or about March 31, 2008).

2. If subject matter jurisdiction is lacking, this case should be dismissed rather than being transferred to the MDL proceeding.

3. Plaintiffs' motion to stay is an attempt to prevent Defendants' motion to dismiss from being considered on its merits by this Court.

WHEREFORE, these Defendants respectfully request that the Court deny plaintiffs' motion to stay, and consider Defendants' Motion to Dismiss previously filed in this matter.

Respectfully submitted on this the __15th__ day of April, 2008,

**ORAL ARGUMENT IS NOT REQUESTED**

    ___s/Timothy W. Knight_____
    ___s/Lucy W. Jordan_____
Timothy W. Knight (ASB-5824-170T)
Lucy W. Jordan (ASB-4426-U69J)
Attorneys for Defendants The Lincoln Electric Company and Hobart Brothers Company

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15th, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

    ____s/ Timothy W. Knight_____
    OF COUNSEL

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al.,                ) | |
|                Plaintiffs,                                            ) | |
| vs.                                                          ) | CIVIL ACTION NO. 2:08-cv-150 |
| ASBESTOS DEFENDANTS: ALBANY   ) INTERNATIONAL, et al.,                         ) | |
|                Defendants.                                         ) | |

**OBJECTION TO PLAINTIFFS' MOTION TO STAY**

COMES NOW the defendant Trane US, Inc. f/k/a American Standard, Inc. (hereinafter, "this Defendant" or "moving Defendant") and objects to plaintiffs' motion to stay this action pending transfer to the asbestos MDL proceeding. As grounds for said motion, Defendant states the following:

1. In response to plaintiffs' complaint in this matter this Defendant filed a motion to dismiss asserting, among other issues, that subject matter jurisdiction is lacking on the face of the complaint. (See, Motion to Dismiss or, Alternatively, Motion for More Definite Statement filed on or about March 31, 2008).

2. If subject matter jurisdiction is lacking, this case should be dismissed rather than being transferred to the MDL proceeding.

3. Plaintiffs' motion to stay is an attempt to prevent Defendant's motion to dismiss from being considered on its merits by this Court.

WHEREFORE, this Defendant respectfully requests that the Court deny plaintiffs' motion to stay, and consider Defendant's Motion to Dismiss previously filed in this matter.

Respectfully submitted on this the __15th__ day of April, 2008,

**ORAL ARGUMENT IS NOT REQUESTED**

    ___s/Timothy W. Knight_____
    ___s/Lucy W. Jordan_____
Timothy W. Knight (ASB-5824-170T)
Lucy W. Jordan (ASB-4426-U69J)
Attorneys for Defendants The Lincoln
Electric Company and Hobart Brothers
Company

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 15th, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

    ____s/ Timothy W. Knight_____
    OF COUNSEL