THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08-cv-150 |
| | ) |
| ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL, et al., | ) ) |
| | ) |
|     Defendants. | ) |
| | ) |

## OBJECTION TO PLAINTIFFS' MOTION TO STAY

COME NOW the defendants The Lincoln Electric Company and Hobart Brothers Company, (hereinafter, "these Defendants" or "moving Defendants") and object to plaintiffs' motion to stay this action pending transfer to the asbestos MDL proceeding. As grounds for said motion, Defendants state the following:

1. In response to plaintiffs' complaint in this matter these Defendants filed a motion to dismiss asserting, among other issues, that subject matter jurisdiction is lacking on the face of the complaint. (See, Motion to Dismiss or, Alternatively, Motion for More Definite Statement filed on or about March 31, 2008).

2. If subject matter jurisdiction is lacking, this case should be dismissed rather than being transferred to the MDL proceeding.

3. Plaintiffs' motion to stay is an attempt to prevent Defendants' motion to dismiss from being considered on its merits by this Court.

WHEREFORE, these Defendants respectfully request that the Court deny plaintiffs' motion to stay, and consider Defendants' Motion to Dismiss previously filed in this matter.

Respectfully submitted on this the __16th__ day of April, 2008,

**ORAL ARGUMENT IS NOT REQUESTED**

    ___s/Timothy W. Knight_____
    ___s/Lucy W. Jordan_____
Timothy W. Knight (ASB-5824-170T)
Lucy W. Jordan (ASB-4426-U69J)
Attorneys for Defendants The Lincoln Electric Company and Hobart Brothers Company

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16th, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

    ____s/ Timothy W. Knight_____
    OF COUNSEL