THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08-cv-150 |
| | ) |
| ASBESTOS DEFENDANTS: ALBANY INTERNATIONAL, et al., | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## SUPPLEMENTAL MOTION TO DISMISS

COMES NOW the Defendants, Trane US, Inc. f/k/a American Standard, Inc. (hereinafter, "this Defendant" or "moving Defendant") and pursuant to Rule 12 of the Federal Rules of Civil Procedure, move this Honorable Court to dismiss all claims asserted against them in the Plaintiffs' Complaint. Defendants hereby adopt and incorporate each of the arguments made in support of their Motion to Dismiss or, Alternatively, Motion for More Definite Statement (Document 112) filed on or about March 31, 2008. In further support of said Motion, Defendants state as follows:

1. On April 16, 2008, Plaintiffs filed their response to these and other Defendants' Motions to Dismiss. (Document 202 entitled "Plaintiffs' Master Response to Defendants' Motions to Dismiss, or in the Alternative, Motions for More Definite Statement and/or Motions for Severance).

2. In their response to the Defendants' Motions to Dismiss, the Plaintiffs made the following statement: "…the majority of Plaintiffs are citizens of the State of

      Alabama and a number of Defendants are incorporated in the State of Alabama." (Document 202 at pg. 5).

3.    Based upon the above-quoted passage from Plaintiffs' response to Defendants' Motion to Dismiss, it is clear that complete diversity between the Plaintiffs and Defendants in this matter is lacking. Therefore, subject matter jurisdiction is also lacking, and Plaintiff's Complaint is due to be dismissed.

      WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Honorable Court to dismiss the Plaintiffs' Complaint on the grounds enumerated above, as well as those grounds more fully set forth in Defendants' Motion to Dismiss or Alternatively, Motion for a More Definite Statement previously filed in this matter.

      Respectfully submitted on this the __16th__ day of April, 2008,

**ORAL ARGUMENT IS NOT REQUESTED**

                                                          s/Timothy W. Knight  
                                                          s/Lucy W. Jordan  
                                                      Timothy W. Knight (ASB-5824-170T)  
                                                      Lucy W. Jordan (ASB-4426-U69J)  
                                                      Attorneys for Defendant Trane US, Inc. f/k/a  
                                                      American Standard, Inc.

**OF COUNSEL:**

Kee & Selby, LLP  
1900 International Park Drive  
Suite 220  
Birmingham, AL 35243  
(205) 968-9900

## CERTIFICATE OF SERVICE

    I hereby certify that on April _16th_ , 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                                _____s/ Lucy W. Jordan_____
                                                OF COUNSEL