**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

April 17, 2008

# NOTICE OF CORRECTION

FROM:    Clerk's Office

Case Style:  Burnett et al v. Albany International et al

Case No.:   2:08cv150-WKW
             Document 204 Supplemental Motion to Dismiss
             Document 205 Supplemental Motion to Dismiss
             Document 206 Supplemental Motion to Dismiss

This Notice of Correction was filed in the referenced case this date to attach the corrected dated pdfs to these documents. The originally e-filed documents were not dated. A copy of the corrected documents are also attached to this Notice.

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08-cv-150 |
| | ) |
| ASBESTOS DEFENDANTS: ALBANY | ) |
| INTERNATIONAL, et al., | ) |
| | ) |
|    Defendants. | ) |
| | ) |

**SUPPLEMENTAL MOTION TO DISMISS**

COME NOW the defendants ITT Corporation f/k/a ITT Industries, Inc. and Bell & Gossett a subsidiary of ITT Corporation f/k/a ITT Industries, Inc., (hereinafter, "these Defendants" or "moving Defendants") and pursuant to Rule 12 of the Federal Rules of Civil Procedure, move this Honorable Court to dismiss all claims asserted against them in the Plaintiffs' Complaint. Defendants hereby adopt and incorporate each of the arguments made in support of their Motion to Dismiss or, Alternatively, Motion for More Definite Statement (Document 114) filed on or about March 31, 2008. In further support of said Motion, Defendants state as follows:

1. On April 16, 2008, Plaintiffs filed their response to these and other Defendants' Motions to Dismiss. (Document 202 entitled "Plaintiffs' Master Response to Defendants' Motions to Dismiss, or in the Alternative, Motions for More Definite Statement and/or Motions for Severance).

2. In their response to the Defendants' Motions to Dismiss, the Plaintiffs made the following statement: "…the majority of Plaintiffs are citizens of the State of

Alabama and a number of Defendants are incorporated in the State of Alabama." (Document 202 at pg. 5).

3. Based upon the above-quoted passage from Plaintiffs' response to Defendants' Motion to Dismiss, it is clear that complete diversity between the Plaintiffs and Defendants in this matter is lacking. Therefore, subject matter jurisdiction is also lacking, and Plaintiff's Complaint is due to be dismissed.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Honorable Court to dismiss the Plaintiffs' Complaint on the grounds enumerated above, as well as those grounds more fully set forth in Defendants' Motion to Dismiss or Alternatively, Motion for a More Definite Statement previously filed in this matter.

Respectfully submitted on this the 16th day of April, 2008,

**ORAL ARGUMENT IS NOT REQUESTED**

          s/Timothy W. Knight
          s/Lucy W. Jordan
          Timothy W. Knight (ASB-5824-170T)
          Lucy W. Jordan (ASB-4426-U69J)
          Attorneys for Defendants ITT Corporation
          f/k/a ITT Industries, Inc. and Bell & Gossett
          a subsidiary of ITT Corporation f/k/a ITT
          Industries, Inc.,

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900

## CERTIFICATE OF SERVICE

    I hereby certify that on April 16th, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                                                                                 ____s/ Lucy W. Jordan_____
                                                                                                 OF COUNSEL

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08-cv-150 |
| | ) |
| ASBESTOS DEFENDANTS: ALBANY | ) |
| INTERNATIONAL, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## SUPPLEMENTAL MOTION TO DISMISS

COMES NOW the Defendants, Trane US, Inc. f/k/a American Standard, Inc. (hereinafter, "this Defendant" or "moving Defendant") and pursuant to Rule 12 of the Federal Rules of Civil Procedure, move this Honorable Court to dismiss all claims asserted against them in the Plaintiffs' Complaint. Defendants hereby adopt and incorporate each of the arguments made in support of their Motion to Dismiss or, Alternatively, Motion for More Definite Statement (Document 112) filed on or about March 31, 2008. In further support of said Motion, Defendants state as follows:

1. On April 16, 2008, Plaintiffs filed their response to these and other Defendants' Motions to Dismiss. (Document 202 entitled "Plaintiffs' Master Response to Defendants' Motions to Dismiss, or in the Alternative, Motions for More Definite Statement and/or Motions for Severance).

2. In their response to the Defendants' Motions to Dismiss, the Plaintiffs made the following statement: "…the majority of Plaintiffs are citizens of the State of

Alabama and a number of Defendants are incorporated in the State of Alabama." (Document 202 at pg. 5).

3. Based upon the above-quoted passage from Plaintiffs' response to Defendants' Motion to Dismiss, it is clear that complete diversity between the Plaintiffs and Defendants in this matter is lacking. Therefore, subject matter jurisdiction is also lacking, and Plaintiff's Complaint is due to be dismissed.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Honorable Court to dismiss the Plaintiffs' Complaint on the grounds enumerated above, as well as those grounds more fully set forth in Defendants' Motion to Dismiss or Alternatively, Motion for a More Definite Statement previously filed in this matter.

Respectfully submitted on this the _16th_ day of April, 2008,

**ORAL ARGUMENT IS NOT REQUESTED**

    ___s/Timothy W. Knight_____
    ___s/Lucy W. Jordan_____
Timothy W. Knight (ASB-5824-170T)
Lucy W. Jordan (ASB-4426-U69J)
Attorneys for Defendant Trane US, Inc. f/k/a American Standard, Inc.

**OF COUNSEL:**

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900

2

## CERTIFICATE OF SERVICE

    I hereby certify that on April _16th_ , 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                                ____s/ Lucy W. Jordan_____
                                                OF COUNSEL

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.  2:08-cv-150 |
| | ) |
| ASBESTOS DEFENDANTS: ALBANY | ) |
| INTERNATIONAL, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**SUPPLEMENTAL MOTION TO DISMISS**

COME NOW the Defendants, The Lincoln Electric Company and Hobart Brothers Company (hereinafter, "these Defendants" or "moving Defendants") and pursuant to Rule 12 of the Federal Rules of Civil Procedure, move this Honorable Court to dismiss all claims asserted against them in the Plaintiffs' Complaint.  Defendants hereby adopt and incorporate each of the arguments made in support of their Motion to Dismiss or, Alternatively, Motion for More Definite Statement (Document 116) filed on or about March 31, 2008.  In further support of said Motion, Defendants state as follows:

1. On April 16, 2008, Plaintiffs filed their response to these and other Defendants' Motions to Dismiss.  (Document 202 entitled "Plaintiffs' Master Response to Defendants' Motions to Dismiss, or in the Alternative, Motions for More Definite Statement and/or Motions for Severance).

2. In their response to the Defendants' Motions to Dismiss, the Plaintiffs made the following statement:  "…the majority of Plaintiffs are citizens of the State of

       Alabama and a number of Defendants are incorporated in the State of Alabama." (Document 202 at pg. 5).

3.     Based upon the above-quoted passage from Plaintiffs' response to Defendants' Motion to Dismiss, it is clear that complete diversity between the Plaintiffs and Defendants in this matter is lacking. Therefore, subject matter jurisdiction is also lacking, and Plaintiff's Complaint is due to be dismissed.

       WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Honorable Court to dismiss the Plaintiffs' Complaint on the grounds enumerated above, as well as those grounds more fully set forth in Defendants' Motion to Dismiss or Alternatively, Motion for a More Definite Statement previously filed in this matter.

       Respectfully submitted on this the __16th__ day of April, 2008,

<b><u>ORAL ARGUMENT IS NOT REQUESTED</u></b>

                                        ___s/Timothy W. Knight_____
                                        ___s/Lucy W. Jordan_____
                                        Timothy W. Knight (ASB-5824-170T)
                                        Lucy W. Jordan (ASB-4426-U69J)
                                        Attorneys for Defendants
                                        The Lincoln Electric Company
                                        And Hobart Brothers Company

<u>OF COUNSEL:</u>

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
(205) 968-9900

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April _16th_, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                            ____s/ Lucy W. Jordan_____
                                              OF COUNSEL