IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

OTHRE E. BURNETT, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

    Defendants.

CIVIL ACTION NO.
2:08-cv-150-WRW

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff Russell Mashburn and Defendant ArvinMeritor, Inc., by and through their respective attorneys of record, and file this Joint Stipulation of Dismissal With Prejudice and request that all claims of Plaintiff Russell Mashburn only against Defendant ArvinMeritor, Inc. be dismissed with prejudice.

The Stipulation of Dismissal is effective as to the Plaintiff Russell Mashburn only in the above-captioned action and only as to claims against Defendant ArvinMeritor, Inc. and Plaintiff Russell Mashburn reserves his rights to pursue any other claims he may have against any other defendant. This Stipulation does not alter Plaintiff Russell Mashburn's claims against the remaining defendants.

Respectfully submitted this 17th day of April, 2008.

                                  /s/ G. Patterson Keahey
                                  G. PATTERSON KEAHEY
                                  *Attorney for Plaintiff*

LAW OFFICE OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
PHONE:    205-8871-0707
FACSIMILE: 205-871-0801

EMAIL:     alasbestos@mesohelp.com

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P
*Attorneys for ArvinMeritor, Inc.*

Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008 a copy of the foregoing Joint Stipulation of Dismissal With Prejudice was filed electronically. Notice of this filing will be available to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P

Attorneys for ArvinMeritor, Inc.

10380144-1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

OTHRE E. BURNETT, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

    Defendants.
_____/

CIVIL ACTION NO.
2:08-cv-150-WRW

### ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on Joint Stipulation of Dismissal With Prejudice as to ArvinMeritor, Inc. to the claims of Plaintiff Russell Mashburn only and, after due consideration thereof and having been advised of the facts and circumstances of these matters, the Court is of the opinion that said Stipulation is due to be, and hereby is, granted. The claims of Plaintiff Russell Mashburn against ArvinMeritor, Inc. are hereby dismissed with prejudice, with Plaintiff Russell Mashburn reserving his right to pursue any claims he may have against any other parties.

SO ORDERED AND ADJUDGED this ____ day of _____, 2008.

_____
DISTRICT COURT JUDGE

10380144-1    3