IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

OTHRE E. BURNETT, et al.,

        Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

        Defendants.

CIVIL ACTION NO.
2:08-cv-150-WRW

/

**JOINDER AND ADOPTION IN DEFENDANTS ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUSTS AND ROCKBESTOS-SURPRENANT CABLE CORPORATION'S MOTIONS TO DISMISS, OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT**

COME NOW Defendants Union Carbide Corporation, Foseco, Inc., Maremont Corporation, ArvinMeritor, Inc., CertainTeed Corporation and Bayer Cropscience, Inc. f/k/a Aventis Cropscience USA, Inc. (f/k/a Rhone Poulenc Ag Company, Inc. f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc., A Successor To Benjamin Foster Company) and hereby join in and adopt as though fully set forth Defendants Allis-Chalmers Corporation Product Liability Trusts And Rockbestos-Surprenant Cable Corporation's Motions To Dismiss, or Alternatively, Motion For a More Definite Statement filed herein on March 31, 2008.

    WHEREFORE, for all the arguments, citations to authority and for all other grounds the court deems applicable, Defendants Union Carbide Corporation, Foseco, Inc., Maremont Corporation, ArvinMeritor, Inc., CertainTeed Corporation and Bayer Cropscience, Inc. f/k/a Aventis Cropscience USA, Inc. (f/k/a Rhone Poulenc Ag Company, Inc. f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc.,

10383238v1

A Successor To Benjamin Foster Company) respectfully request this Honorable Court to grant Defendants Allis-Chalmers Corporation Product Liability Trusts And Rockbestos-Surprenant Cable Corporation's Motions To Dismiss, or Alternatively, Motion For a More Definite Statement filed herein and to further grant all additional relief this Honorable Court deems necessary and proper.

Respectfully submitted this 22nd day of April, 2008.

          **HAWKINS & PARNELL, LLP**

          /s/ Evelyn M. Fletcher
          Evelyn M. Fletcher (FLE 019)
          AL Bar No. ASB-1485-C19E
          Elizabeth B. Padgett (PAD015)
          Alabama Bar No. ASB-3936-C60P

          Counsel for Foseco, Inc., Maremont Corporation, Union Carbide Corporation, ArvinMeritor, Inc., CertainTeed Corporation and Bayer Cropscience, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing on all counsel by electronic filing and served Plaintiffs' counsel at the following address by U. S. Mail, with proper postage affixed:

    G. Patterson Keahey, Jr.
    Law Offices of G. Patterson Keahey, P.C.
    One Independence Plaza, Suite 612
    Birmingham, AL 35209

This 22nd day of April, 2008.

          **HAWKINS & PARNELL, LLP**

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P

Counsel for Foseco, Inc., Maremont Corporation, Union Carbide Corporation, ArvinMeritor, Inc., CertainTeed Corporation and Bayer Cropscience, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

10383238-1                                3