IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

OTHRE E. BURNETT, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

    Defendants.

CIVIL ACTION NO.
2:08-cv-150-WRW

## JOINDER AND ADOPTION IN MOTION TO DISMISS AND/OR FOR MORE DEFINITE STATEMENT

COME NOW Defendants Union Carbide Corporation, Foseco, Inc., Maremont Corporation, ArvinMeritor, Inc., CertainTeed Corporation and Bayer Cropscience, Inc. f/k/a Aventis Cropscience USA, Inc. (f/k/a Rhone Poulenc Ag Company, Inc. f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc., A Successor To Benjamin Foster Company) and hereby join in and adopt as though fully set forth Motion To Dismiss and/or For More Definite Statement filed herein by Georgia Pacific LLC, FMC Corporation, Thiem Corporation and Koppers Corporation on April 9, 2008.

WHEREFORE, for all the arguments, citations to authority and for all other grounds the court deems applicable, Defendants Union Carbide Corporation, Foseco, Inc., Maremont Corporation, ArvinMeritor, Inc., CertainTeed Corporation and Bayer Cropscience, Inc. f/k/a Aventis Cropscience USA, Inc. (f/k/a Rhone Poulenc Ag Company, Inc. f/k/a Rhone Poulenc, Inc., f/k/a Union Carbide Agricultural Products, Inc. f/k/a Amchem Products, Inc., A Successor To Benjamin Foster Company) respectfully request this Honorable Court to grant Motion To Dismiss and/or For More Definite Statement filed herein by Georgia

10383243v1

Pacific LLC, FMC Corporation, Thiem Corporation and Koppers Corporation and to further grant all additional relief this Honorable Court deems necessary and proper.

Respectfully submitted this 23rd day of April, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE 019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD015)
Alabama Bar No. ASB-3936-C60P

Counsel for Foseco, Inc., Maremont
Corporation, Union Carbide Corporation,
ArvinMeritor, Inc., CertainTeed Corporation
and Bayer Cropscience, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing on all counsel by electronic filing and served Plaintiffs' counsel at the following address by U. S. Mail, with proper postage affixed:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

This 23rd day of April, 2008.

**HAWKINS & PARNELL, LLP**

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)

10383243-1                                                              2

Alabama Bar No. ASB-3936-C60P

Counsel for Foseco, Inc., Maremont Corporation, Union Carbide Corporation, ArvinMeritor, Inc., CertainTeed Corporation and Bayer Cropscience, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400