**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:
THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| OTHRE E. BURNETT, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | CV 2:08-CV-150-WRW |
| ASBESTOS DEFENDANTS: | * | |
| ALBANY INTERNATIONAL, et al., | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT KAISER GYPSUM COMPANY, INC.'S
JOINDER IN MOVING DEFENDANT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT
AND/OR MOTION FOR SEVERANCE**

Defendant, Kaiser Gypsum Company, Inc., by and through its attorney of record, hereby joins in and adopts by reference as if set forth fully herein, the Motion to Dismiss or, in the Alternative, Motion for More Definite Statement and/or Motion for Severance and exhibits thereto (Doc. 152) filed on behalf of moving Defendant, American Optical Corporation.  In filing this Motion to Dismiss or, in the Alternative, Motion for More Definite Statement and/or Motion for Severance, Kaiser Gypsum Company, Inc. does not in any way waive any of the grounds set forth in its previously filed Motion to Dismiss, nor does it waive any additional grounds for dismissal as to any Plaintiffs against whom dismissal is sought in this Motion, nor does it waive any grounds against any Plaintiffs against whom dismissal is not specifically sought in this Motion.

Respectfully submitted,

                                              */s/ Vincent A. Noletto, Jr.*
                                              VINCENT A. NOLETTO, JR. (NOLEV3868)
                                              Attorney for Defendant Kaiser Gypsum
                                              Company, Inc.

<u>OF COUNSEL:</u>
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - fax
vnoletto@carrallison.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 25th day of April, 2008, served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

                                              */s/ Vincent A. Noletto, Jr.*
                                              OF COUNSEL