IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| OTHRE E. BURNETT, et al., | * | |
| Plaintiffs, | * | |
| | | CIVIL ACTION NUMBER |
| VS. | * | CV 2:08-CV-150-WRW |
| ASBESTOS DEFENDANTS: | * | |
| ALBANY INTERNATIONAL, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**CORPORATE DISCLOSURE STATEMENT
OF KAISER GYPSUM COMPANY, INC.**

COMES NOW, Kaiser Gypsum Company, Inc. ("Kaiser Gypsum"), and makes this following disclosure statement pursuant to Fed. R. Civ. P. 7.1.  The non-governmental corporate entity, Kaiser Gypsum Company, Inc., in the above listed civil action is a direct subsidiary of HeidelbergCement, which is family controlled, although a small percentage of its stock is publicly traded exclusively on various German stock exchanges.

Dated this the 25th date of   April  , 2008.

                Respectfully submitted,

                /s/ Vincent A. Noletto, Jr.
                VINCENT A. NOLETTO, JR.  (NOLEV3868)
                Attorney for Kaiser Gypsum Company, Inc.

OF COUNSEL:

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - fax
E-mail:  vnoletto@carrallison.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the  25th  day of  April , 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/EFC system which will send notification of such filing to all counsel of record.

                                                                  */s/ Vincent A. Noletto, Jr.*
                                                                  OF COUNSEL