**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | **MDL NO. 875** |
| **LIABILITY LITIGATION (NO. VI)** | ) | |

THIS DOCUMENT RELATES TO CTO-307 AS IT PERTAINS TO THE
FOLLOWING ACTION WHICH HAS BEEN CONDITIONALLY TRANSFERRED
FROM THE FEDERAL DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA:
(TRANSFERROR JUDGE WILLIAM KEITH WATKINS)

| | | |
|---|---|---|
| **OTHRE E. BURNETT, et al.,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | **Middle District of Alabama** |
| **v.** | ) | **CIVIL ACTION NO. 2:08-cv-150** |
| | ) | |
| **ASBESTOS DEFENDANTS: ALBANY** | ) | |
| **INTERNATIONAL, et al.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**MOTION TO VACATE THE
CONDITIONAL TRANSFER ORDER (CT0-307)[1]**

COME NOW the defendants, The Lincoln Electric Company ("Lincoln") and

Hobart Brothers Company ("Hobart") ("Lincoln and Hobart"), by and through counsel,

and respectfully submit this Motion to Vacate the Panel's Conditional Transfer Order

(CTO-307).

---

[1] These defendants' Brief in Support of Motion to Vacate the Conditional Transfer Order (CTO-307) and
all attached exhibits are expressly incorporated herein by reference.

As grounds for this Motion, Defendants would respectfully show the Panel that it is clear on the face of the Complaint that the federal courts lack subject matter jurisdiction of this case. <u>See</u> Complaint [Doc #1].[2]   Accordingly, consistent with Rule 12 of the Federal Rules of Civil Procedure and case law relating thereto, "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12 (h)(3); <u>see also</u> <u>Morrison v. Allstate Indemnity Co.</u>, 228 F.3d 1255, 1261 (11th Cir. 2000). Moreover, "[a] federal court not only has the power but also the obligation at any time to inquire into jurisdiction whenever the possibility that jurisdiction does not exist arises." <u>Johansen v. Combustion Engineering, Inc.</u>, 170 F.3d 1320, 1328 n.4 (11th Cir. 1999).

WHEREFORE, for the reasons more particularly set forth in the brief filed in support of this Motion, Defendants Lincoln and Hobart respectfully request that the Multidistrict Panel vacate the Conditional Transfer Order (CTO-307) and if the Panel determines it appropriate, dismiss this case based upon the lack of subject matter jurisdiction and transfer the case to the United States District Court for the Middle District of Alabama for further proceedings consistent therewith.

Respectfully submitted this 23 day of May, 2008.

Timothy W. Knight (ASB5824170T)
Lucy W. Jordan (ASB4426U69J)

---

[2] Defendants, including Lincoln and Hobart, have filed motions to dismiss based upon a number of grounds, including lack of subject matter jurisdiction.

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com

Attorneys for Defendants The Lincoln Electric Company and Hobart Brothers Company.

## CERTIFICATE OF SERVICE

I certify that I have this date served a copy of the foregoing pleading upon counsel of record identified on the Proof of Service (which is being simultaneously filed with the Judicial Panel on Multi-District Litigation) via U.S. Mail.

I further certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

Dated this 23 day of May, 2008.

Timothy W. Knight

Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243
Telephone (205) 968-9900
Facsimile (205) 968-9909
Email: tk@keeselby.com
Email: lj@keeselby.com