THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **OTHRE E. BURNETT;** ) | |
| **EMMA JEAN BARTON; JOEL GRAY** ) | |
| **DONNA HAYES; JEFF F. MARONA;** ) | |
| **RAYFORD ALLEN MCKINLEY;** ) | |
| **RUSSELL MASHBURN;** ) | |
| **ROY REMBERT, JR.;** ) | |
| **ALAN D. VINCENT,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. CV-08-150 |
| ) | |
| **ALBANY INTERNATIONAL, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ACCEPTANCE AND WAIVER

TROY KING, Attorney General of the State of Alabama, acknowledges service of the **Answer and Defenses of Metropolitan Life Insurance Company to Plaintiffs' Complaint with Jury Demand Endorsed Thereon** in the above-styled cause pursuant to §6-6-227 *Code of Alabama,* 1975 (Attached). The Attorney General, having filed this Acceptance and Waiver in this action, hereby waives any further service upon him of any pleadings, discovery and other matters filed in this cause and presently waives the right to be heard.

Respectfully submitted,

TROY KING, KIN047
ATTORNEY GENERAL

/s/ *Billington M. Garrett*
Billington M. Garrett
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of May, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

Michael A. Vercher, Esquire
Christian & Small, L.L.P.
505 North Twentieth Street
1800 Financial Center
Birmingham, Alabama  35203

/s/ *Billington M. Garrett*
Billington M. Garrett
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-353-8235 (Fax)

§6-6-227. Persons to be made parties; rights of persons not parties.

All persons shall be made parties, who have, or claim, any interest which would be affected by the declaration, and no declaration shall prejudice the rights of persons not parties to the proceeding. In any proceeding which involves the validity of a municipal ordinance, or franchise, such municipality shall be made a party and shall be entitled to be heard; and if the statute, ordinance, or franchise is alleged to be unconstitutional, the Attorney General of the state shall also be served with a copy of the proceeding and be entitled to be heard. (Act 1935, No. 355, p. 777; Code 1940, T.7, § 166.)