### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| ASBESTOS DEFENDANTS, ET AL., ) | 2:08-CV-150-WKW |
| ) | |
| Defendants. ) | |

### ROCKBESTOS-SURPRENANT CABLE CORPORATION'S
### JOINDER IN SUNBEAM PRODUCTS INCORPORATED'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO SEVER AND FOR MORE DEFINITE STATEMENT AND SUPPORTING MEMORANDUM OF LAW

Defendant Rockbestos-Surprenant Cable Corporation, f/k/a The Rockbestos Company, hereby joins in the **Motion to Dismiss, or In the Alternative, Motion to Sever and for More Definite Statement and Supporting Memorandum of Law** filed by Sunbeam Products Incorporated (Doc. 229) on April 29, 2008. Sunbeam Products Incorporated's motion and supporting materials are hereby adopted and incorporated by reference as if fully set forth herein.

WHEREFORE, PREMISES CONSIDERED, Defendant Rockbestos-Surprenant Cable Corporation, f/k/a The Rockbestos Company, prays that Sunbeam Products Incorporated's Motion to Dismiss, or In the Alternative, Motion to Sever and for More Definite Statement and Supporting Memorandum of Law (Doc. 229) be granted.

/s/ Haley Andrews Cox

One of the Attorneys for Defendant
Rockbestos-Surprenant Cable Corporation, f/k/a
The Rockbestos Company

OF COUNSEL:

W. Larkin Radney IV (RADNL5271)
Haley Andrews Cox (ANDRH6198)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this <u>3rd</u> day of <u>June</u>, 2008, I served on the following counsel of record by United States Mail, a copy of the same:

G. Patterson Keahey, Jr., Esq.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, AL  35209

      and on the <u>3rd</u> day of <u>June</u>, 2008, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Alabama using the CM/ECF system.

                                  /s/ Haley Andrews Cox
                                  Of Counsel