IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**OTHRE E. BURNETT, et. al.,**
    **PLAINTIFFS**

v.                                      **CIVIL ACTION NO.: 2:08-CV-150**

**ALBANY INTERNATIONAL, et. al.,**
    **DEFENDANTS**

### DEFENDANT AMERICAN OPTICAL CORPORATION'S JOINDER IN MOVING DEFENDANT'S MOTION TO DISMISS THE CLAIMS OF PLAINTIFF RAYFORD ALLEN MCKINLEY

Defendant, American Optical Corporation ("AOC"), by and through its attorney of record, hereby joins in and adopts by reference as if set forth fully herein, the Motion to Dismiss the Claims of Plaintiff Rayford Allen McKinley and Supporting Memorandum of Law (Doc.244) filed on behalf of moving Defendant, Sunbeam Products, Inc. in filing this Motion to Dismiss the Claims of Plaintiff Rayford Allen McKinley and Supporting Memorandum of Law, American Optical Company does not in any way waive any of the grounds set forth in its previously filed Motion to Dismiss, nor does it waive any additional grounds for dismissal as to the Plaintiff against whom dismissal is sought in this Motion, nor does it waive any grounds against any Plaintiffs against whom dismissal is not specifically sought in this Motion.

Done this the 23rd day of June, 2008.

                                                                       Respectfully submitted,

                                                                       **s/Freddie N. Harrington, Jr.**
                                                                       ASB-8773-G37F
                                                                       SCOTT, SULLIVAN, STREETMAN
                                                                       & FOX, P.C.
                                                                       2450 Valleydale Road
                                                                       Birmingham, Alabama 35244
                                                                       205-967-9675
                                                                       FAX: 205-967-7563
                                                                       fharrington@sssandf.com

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

**OTHRE E. BURNETT, et. al.,**
    **PLAINTIFFS**

**v.**                                                                 **CIVIL ACTION NO.: 2:08-CV-150**

**ALBANY INTERNATIONAL, et. al.,**
    **DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: G. Patterson Keahey, Jr., Esq.

Attorneys for Plaintiffs
G. Patterson Keahey, Jr., Esq.
LAW OFFICES OF G. PATTERSON KEAHEY, P.C.
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
(205) 871-0707

    Respectfully submitted,

    **s/Freddie N. Harrington, Jr.**
    ASB-8773-G37F
    SCOTT, SULLIVAN, STREETMAN
    & FOX, P.C.
    2450 Valleydale Road
    Birmingham, Alabama 35244
    205-967-9675
    FAX: 205-967-7563
    fharrington@sssandf.com