UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| OTHRE E. BURNETT, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:08 CV-150 |
| ALBANY INTERNATIONAL, et al.; | ) |
| Defendants. | ) |

_____

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse") makes the following disclosure:

1. The parent companies of the corporation:

    CBS Corporation, a Delaware corporation.

2. Subsidiaries not wholly owned by the corporation?

    None

3.  Any publicly held corporation that owns ten percent (10%) or more of the corporation?

    None

      Respectfully submitted

                s/James A. Harris, III
                James A. Harris, Jr.
                **Bar Id # ASB-0683-R74J**
                Nicole M. Hardee
                **Bar Id#:  ASB-0073-P71G**
                **Harris & Harris, LLP**
                2501 20th Place South, Suite 450
                Birmingham, Alabama 35223
                FAX:  (205) 871-0029
                TEL:  (205) 871-5777
                Email: jamey@harris-harris.com
                Email: nicole@harris-harris.com

Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel if record.

                s/James A. Harris, III
                OF COUNSEL