IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Products Liability Litigation (No. VI); MDL 875

Regarding:

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **OTHRE E. BURNETT, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION NO.: |
| | * | 2:08-cv-150-MHT-WKW |
| **ALBANY INTERNATIONAL, et al.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

**DEFENDANT RAPID AMERICAN CORPORATION'S JOINDER IN
SUNBEAM PRODUCTS INCORPORATED'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, MOTION TO SEVER AND FOR MORE
DEFINITE STATEMENT AND SUPPORTING MEMORANDUM OF LAW**

Defendant, Rapid American Corporation, by and through its attorney of record, hereby joins in and adopts by reference as if set forth fully herein, the **Motion to Dismiss, or In the Alternative, Motion to Sever and for More Definite Statement and Supporting Memorandum of Law** filed by Defendant Sunbeam Products Incorporated (Doc. 229) on April 29, 2008. In filing this joinder, Rapid American Corporation does not in any way waive any grounds set forth in its previously filed Motion to Dismiss.

Wherefore, the premises considered, Defendant Rapid American Corporation prays that Sunbeam Products Incorporated's Motion to Dismiss, or In the Alternative, Motion to Sever and for More Definite Statement and Supporting Memorandum of Law be granted.

    /s/ E. L. McCafferty, III
E. L. McCAFFERTY, III (ASB-6710-C64E)
*Attorney for Rapid American Corporation*

OF COUNSEL:
VICKERS, RIIS, MURRAY AND CURRAN, LLC
Post Office Drawer 2568
Mobile, Alabama  36652-2568
Telephone:	(251) 432-9772
Facsimile:	(251) 432-9781
Email:		elm@vickersriis.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this 26th day of June, 2008, served a copy of the foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

    /s/ E. L. McCafferty, III