IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

OTHRE E. BURNETT, et al.,

    Plaintiffs,

vs.

ASBESTOS DEFENDANTS:
ALBANY INTERNATIONAL, et al.,

    Defendants.

CIVIL ACTION NO.
2:08-cv-150-WRW

## JOINDER AND ADOPTION IN MOTION TO DISMISS THE CLAIMS OF PLAINTIFF RAYFORD ALLEN MCKINLEY

COME NOW Defendants Union Carbide Corporation, Foseco, Inc., CertainTeed Corporation, Maremont Corporation and Bayer Cropscience, Inc. F/K/A Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc., A Successor To Benjamin Foster Company), incorrectly sued as Bayer Cropscience, Inc., individual and as successor to Aventis Cropscience USA, Inc. f/k/a Rhone Poulenc Ag Co., f/k/a Amchem, Products, Inc., Benjamin Foster Co., and hereby join in and adopt as though fully set forth Motion to Dismiss the Claims of Plaintiff Rayford Allen McKinley by Sunbeam Products Incorporated herein on June 20, 2008.

WHEREFORE, for all the arguments, citations to authority and for all other grounds the court deems applicable, Defendants Union Carbide Corporation, Foseco, Inc., CertainTeed Corporation, Maremont Corporation and Bayer Cropscience, Inc. F/K/A Aventis Cropscience USA, Inc. (F/K/A Rhone Poulenc Ag Company, Inc. F/K/A Rhone Poulenc, Inc., F/K/A Union Carbide Agricultural Products, Inc. F/K/A Amchem Products, Inc., A Successor To Benjamin

Foster Company) respectfully request this Honorable Court to grant Motion to Dismiss, or in the Alternative, Motion to Sever and for More Definite Statement filed by Sunbeam Products Incorporated herein and to further grant all additional relief this Honorable Court deems necessary and proper.

Respectfully submitted this 1st day of July, 2008.

HAWKINS & PARNELL, LLP

/s/ Evelyn M. Fletcher
Evelyn M. Fletcher (FLE 019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD015)
Alabama Bar No. ASB-3936-C60P

Counsel for Bayer Cropscience, Inc., Foseco, Inc., CertainTeed Corporation, Maremont Corporation, and Union Carbide Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA  30308-3243
404/614-7400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served the foregoing on all counsel by electronic filing and served Plaintiffs' counsel at the following address by U. S. Mail, with proper postage affixed:

G. Patterson Keahey, Jr.
Law Offices of G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

This 1st day of July, 2008.

HAWKINS & PARNELL, LLP

/s/ Evelyn M. Fletcher

10397729-1                                      2

Evelyn M. Fletcher (FLE019)
AL Bar No. ASB-1485-C19E
Elizabeth B. Padgett (PAD 015)
Alabama Bar No. ASB-3936-C60P

Counsel for Bayer Cropscience, Inc., Foseco, Inc., CertainTeed Corporation, Maremont Corporation, and Union Carbide Corporation

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404/614-7400