**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| OTHRE E. BURNETT, et al., | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:08-CV-150-MHT-WKW |
| ALBANY INTERNATIONAL, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

**OGLEBAY NORTON COMPANY'S JOINDER IN SUNBEAM PRODUCTS INC.'S MOTION TO DISMISS THE CLAIMS OF PLAINTIFF RAYFORD ALLEN MCKINLEY AND SUPPORTING MEMORANDUM OF LAW**

COMES NOW Defendant, Oglebay Norton Company, by and through undersigned counsel, and hereby joins in and adopts the Motion to Dismiss the Claims of Plaintiff Rayford Allen McKinley and Supporting Memorandum of Law filed on June 20, 2008, by Defendant, Sunbeam Products Inc. By so joining, Oglebay Norton Company does not waive any defenses otherwise available to it.

THIS 14th day of July, 2008.

Respectfully submitted,

Oglebay Norton Company

By: s/ Cyrus C. Barger, III_____
Cyrus C. Barger, III, AL Bar #BAR137

JUDE & JUDE, PLLC
6424 U. S. Hwy 98 West, Suite 50
P. O. Box 17468
Hattiesburg, MS 39404-7468
Telephone: (601) 579-8411
Facsimile: (601) 579-8461

## CERTIFICATE OF SERVICE

I, Cyrus C. Barger, III, counsel for Oglebay Norton Company, do hereby certify that I have this day electronically filed, a true and correct copy of the above and foregoing Oglebay Norton Company's Joinder in Sunbeam Products, Inc.'s Motion to Dismiss the Claims of Plaintiff Rayford Allen McKinley and Supporting Memorandum of Law with the Clerk of the Court and Plaintiff's counsel and have served all known Defense counsel via e-transmission.

THIS, 14th day of July, 2008.

s/ Cyrus C. Barger, III_____
Cyrus C. Barger, III

F:\FILES\FEI\Al\Joinders\Burnett_Orthre_Jndr_SunbeamMTD_McKinley_070108.doc